B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of South Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fisette, George,  Walter** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if<br>more than one, state all): **xxx-xx-1696** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**517 King Street # 11**<br>**Charleston, SC** | Street Address of Joint Debtor (No. & Street, City, and State): |
|---|---|
| ZIP CODE    **29403** | ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Charleston** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIP CODE | ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above): | |
|---|---|
| | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**George Walter Fisette** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❑  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   **/s/D. Nathan Davis**                              **8/3/2010**<br>      Signature of Attorney for Debtor(s)          Date<br>      **D. Nathan Davis**                                    **438** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>❑   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>❑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>❑   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>❑   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ❑   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>❑   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>❑   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>❑   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**George Walter Fisette** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **s/ George Walter Fisette**<br>Signature of Debtor    **George Walter Fisette** | X **Not Applicable** |
| X **Not Applicable**<br>Signature of Joint Debtor | (Signature of Foreign Representative) |
| Telephone Number (If not represented by attorney) | (Printed Name of Foreign Representative) |
| **8/3/2010**<br>Date | Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/D. Nathan Davis**<br>Signature of Attorney for Debtor(s)<br><br>**D. Nathan Davis  Bar No.  438**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Davis Law Firm**<br>Firm Name<br><br>**711-A St. Andrews, Charleston SC 29407**<br>Address<br><br>**843-571-4042**        **843-763-5619**<br>Telephone Number<br><br>**8/3/2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X **Not Applicable**<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Authorized Individual<br><br>Printed Name of Authorized Individual<br><br>Title of Authorized Individual<br><br>Date | |

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

## District of South Carolina

In re   **George Walter Fisette**                             Case No. _____
                        Debtor                                                    *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* _____

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/08) – Cont.**

❑   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑   Active military duty in a military combat zone.

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ George Walter Fisette**
                       **George Walter Fisette**

Date:   **8/3/2010**

**B6A (Official Form 6A) (12/07)**

In re:  **George Walter Fisette**                                          Case No. _____

                                 Debtor                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **43 Mary Street Charleston County TMS # 459-09-03-122 (tax assessed value 480,000.00)  Major repairs are needed for the property to be able to be appraised at that amount.** | **Fee Owner** | | **$ 350,000.00** | **$ 482,056.00** |

                                                      Total    ➢  | $ 350,000.00 |

                                                                    (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **George Walter Fisette**                                    ,          Case No. _____

                                  **Debtor**                                               **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | | **250.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Federal checking acct # xxx0953** | | **1,000.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Federal checking acct # xxx8166** | | **259.93** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Federal savings acct # xxx5300** | | **377.09** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **HHGS** | | **3,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, cd's, movies, ect** | | **500.00** |
| 6. Wearing apparel. | | **Clothing** | | **500.00** |
| 7. Furs and jewelry. | | **Misc jewelry** | | **750.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George Walter Fisette** _____,   Case No. _____
                                          **Debtor**                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Judgement rendered in favor of debtor against Flis in the amount of 215,000.00 - debtor believes this is uncollectable - defendant is bankrupt** | | **1.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Dodge Ram Mileage: 72,250 VIN:  1D7HV18N765669768** | | **12,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **George Walter Fisette**                                      ,          Case No. _____

                              **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_2_  continuation sheets attached

Total  ➢  **$ 18,638.02**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **George Walter Fisette**                                    Case No. _____
_____                              _____
                    Debtor                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Books, cd's, movies, ect** | **S.C. Code Ann. § 15-41-30(A)(3)** | **500.00** | **500.00** |
| **Cash on Hand** | **S.C. Code Ann. § 15-41-30(A)(5)** | **250.00** | **250.00** |
| **Clothing** | **S.C. Code Ann. § 15-41-30(A)(3)** | **500.00** | **500.00** |
| **First Federal checking acct # xxx0953** | **S.C. Code Ann. § 15-41-30(A)(5)** | **1,000.00** | **1,000.00** |
| **First Federal checking acct # xxx8166** | **S.C. Code Ann. § 15-41-30(A)(5)** | **259.93** | **259.93** |
| **First Federal savings acct # xxx5300** | **S.C. Code Ann. § 15-41-30(A)(5)** | **377.09** | **377.09** |
| **HHGS** | **S.C. Code Ann. § 15-41-30(A)(3)** | **3,000.00** | **3,000.00** |
| **Judgement rendered in favor of debtor against Flis in the amount of 215,000.00 - debtor believes this is uncollectable - defendant is bankrupt** | **S.C. Code Ann. § 15-41-30(A)(5)** | **1.00** | **1.00** |
| **Misc jewelry** | **S.C. Code Ann. § 15-41-30(A)(4)** | **750.00** | **750.00** |

B6D (Official Form 6D) (12/07)

In re **George Walter Fisette**                                              ,          Case No. _____
                            **Debtor**                                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Chase Auto Finance**<br>**PO Box 78050**<br>**Phoenix, AZ  85062-8050** | | | **Security Agreement**<br>**2006 Dodge Ram**<br>**Mileage:  72,250**<br>**VIN:  1D7HV18N765669768**<br><br>**VALUE $12,000.00** | | | | **12,426.00** | **426.00** |
| ACCOUNT NO.<br><br>**JP Morgan Chase d/b/a Washington Mutual**<br>**PO Box 44118**<br>**Jacksonville, FL  32231-4016** | | | **Mortgage**<br>**43 Mary Street**<br>**Charleston County TMS #**<br>**459-09-03-122 (tax assessed**<br>**value 480,000.00)  Major repairs**<br>**are needed for the property to**<br>**be able to be appraised at that**<br>**amount.**<br><br>**VALUE $350,000.00** | | | | **482,056.00** | **0.00** |

<u>0</u>   continuation sheets
      attached

Subtotal  ➢
(Total of this page)                                                                    $   494,482.00 |$      426.00

Total  ➢
(Use only on last page)                                                              $   494,482.00 |$      426.00

                                                                                              (Report also on Summary of   (If applicable, report
                                                                                              Schedules)                          also on Statistical
                                                                                                                                        Summary of Certain
                                                                                                                                        Liabilities and
                                                                                                                                        Related Data.)

B6E (Official Form 6E) (12/07)

In re   **George Walter Fisette**                                        Case No. _____
                                    Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2  continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re   **George Walter Fisette**                                     ,          Case No. _____

                                     Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Domestic Support Obligations

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Helen Fisette**<br>**550 Cedar Ridge Road**<br>**Shallotte, NC  28470** | | | **Child support arrears (508)292-0625** | | | | **7,500.00** | **7,500.00** | **$0.00** |

Sheet no.  <u>1</u> of  <u>2</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)

| $ | **7,500.00** | $ | **7,500.00** | $ | **0.00** |
|---|---|---|---|---|---|

Total  ►
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Total  ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

$                    $

**B6E (Official Form 6E) (12/07) – Cont.**

In re **George Walter Fisette** _____,    Case No. _____

_____
Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**New York State Thruway Authority**<br>**PO Box 15187**<br>**Albany, NY  12212-5187** | | | **Taxes** | | | | **122.93** | **122.93** | **$0.00** |
| ACCOUNT NO.<br>**NYC Dept of Finance**<br>**PO Box 3674**<br>**New York, NY  10008-3674** | | | **taxes** | | | | **75.00** | **75.00** | **$0.00** |
| ACCOUNT NO.<br>**Office of the Parking Clerk**<br>**PO Box 9102**<br>**Somerville, MA  02143** | | | **Ticket** | | | | **50.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**SC Department of Revenue**<br>**PO Box 125**<br>**Columbia, SC 29211** | | | **Notice only** | | | | **0.00** | **0.00** | **$0.00** |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➣<br>(Totals of this page) | $ **247.93** | $ **197.93** | $ **0.00** |

| | | |
|---|---|---|
| Total ➣<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **7,747.93** | | |

| | | |
|---|---|---|
| Total ➣<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **7,697.93** | $ **0.00** |

B6F (Official Form 6F) (12/07)

In re  **George Walter Fisette**                         Case No. _____
                                    _____
                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **AFNI** <br> **PO Box 3517** <br> **Bloomington, IL  61702** | | | **Collection company for unknown creditor - debtor demands proof of the validity of this debt** | | | X | 1.00 |
| ACCOUNT NO. <br><br> **Allied Interstate, Inc.** <br> **PO Box 361774** <br> **Columbus, OH  43236** | | | **Collection company for unknown creditor - debtor demands proof of the validity of this debt** | | | X | 1.00 |
| ACCOUNT NO. <br><br> **Baker Hostetler** <br> **PO Box 70189** <br> **Cleveland, OH  44190-0189** | | | **Services** | | | | 1,294.00 |
| ACCOUNT NO. <br><br> **Bankcard Services** <br> **PO Box 23065** <br> **Columbus, GA  31902** | | | **Credit - disputed - statute of limitations** | | | X | 1.00 |
| ACCOUNT NO. <br><br> **Buist Byars & Taylor, LLC** <br> **652 Coleman Blvd, Ste 200** <br> **Mt. Pleasant, SC  29464** | | | **Services** | | | | 2,454.62 |

    7   Continuation sheets attached

                                                          Subtotal ➤  $        3,751.62

                                                          Total ➤  $

                                          **(Use only on last page of the completed Schedule F.)**
                                  **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                  **Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Walter Fisette**                                    Case No. _____
                          Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**CAB Collection Agency**<br>PO Box 62889<br>N Charleston, SC 29419 | | | Collection company for unknown creditor - debtor demands proof of the validity of this debt | | | X | 1.00 |
| ACCOUNT NO.<br><br>**Cablevision**<br>PO Box 371378<br>Pittsburgh, PA 15250-7378 | | | Services | | | | 55.66 |
| ACCOUNT NO.<br><br>**Capital One Services**<br>PO Box 790217<br>St Louis, MO 53179-0217 | | | Credit - disputed - statute of limitations | | | X | 1.00 |
| ACCOUNT NO.<br><br>**CBCS**<br>PO Box 163250<br>Columbus, OH 43216-3250 | | | Collection company for unknown creditor - debtor demands proof of the validity of this debt | | | X | 1.00 |
| ACCOUNT NO.<br><br>**Charleston Water Systems (fka CPW)**<br>PO Box 568<br>Charleston, SC 29402 | | | Services | | | | 494.43 |

Sheet no. _1_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                **553.09**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **George Walter Fisette**                                            Case No. _____
                                      **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **CitiFinancial** <br> **PO Box 8020** <br> **South Hackensack, NJ  07606-8020** | | | Credit - disputed - statute of limitations | | | X | 1.00 |
| ACCOUNT NO. <br><br> **Comcast Cable** <br> **PO Box 105184** <br> **Atlanta, GA  30348-5184** | | | Services | | | | 570.46 |
| ACCOUNT NO. <br><br> **conEdison** <br> **PO Box 1702** <br> **New York, NY  10116-1702** | | | Services - disputed - debtor does not believe that this debt was from his unit | | | X | 1.00 |
| ACCOUNT NO. <br><br> **Contract Callers, Inc.** <br> **PO Box 21209** <br> **Augusta, GA  30917-2609** | | | Collection company for unknown creditor - debtor demands proof of the validity of this debt | | | X | 1.00 |
| ACCOUNT NO. <br><br> **Dish Network** <br> **PO Box 105169** <br> **Atlanta, GA  30348-5169** | | | Services - disputed - statute of limitations | | | X | 171.89 |

Sheet no. 2 of 7 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                                    745.35

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __George Walter Fisette_____          Case No. _____
                                    __Debtor__                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Encore Receivables Management<br>PO Box 3330<br>Olathe, KS  66063 | | | Collection company for unknown creditor - debtor demands proof of the validity of this debt | | | X | 1.00 |
| ACCOUNT NO.<br><br>Farer & Schwartz, PC<br>12 Century Hill Drive<br>Latham, NY  12110 | | | Services | | | | 2,534.59 |
| ACCOUNT NO.<br><br>Felix Endico<br>444 E 86th Street<br>New York, NY  10028 | | | Services - disputed - statute of limitations | | | X | 1.00 |
| ACCOUNT NO.<br><br>First Premier Bank<br>PO Box 5519<br>Sioux Falls, SD  57117-5519 | | | Credit - disputed - statute of limitations | | | X | 1.00 |
| ACCOUNT NO.<br><br>Greg Winton<br>39 Southwalt Bridge Way<br>Lutherville, MD  21093 | | | Personal loan - creditor has agreed to forgive debt - original amount 5,000.00 | | | | 1.00 |

Sheet no. _3_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    2,538.59

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **George Walter Fisette**                                                    Case No. _____
                                    **Debtor**                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1.00 |
| **Jeniffer Heitzke** **15 Shadowood Circle** **Monroe, CT  06468** | | | Personal loan - debtor has agreed to forgive debt - original amount 16500.00 | | | | |
| ACCOUNT NO. | | | | | | | 1.00 |
| **Judith Rickman** **19 Glendale Avenue** **Albany, NY  12208** | | | Personal Loan - creditor has agreed to forgive debt - original amount 125,000.00 | | | | |
| ACCOUNT NO. | | | | | | | 4,250.00 |
| **Kent Zhang** **857 Madison St, 1st Floor** **Brooklyn, NY  11221** | | | lease deficiency | | | | |
| ACCOUNT NO. | | | | | | | 1.00 |
| **Matt O'Brian** **857 Madison St, 2nd Floor** **Brooklyn, NY  11221** | | | Personal loan - creditor has agreed to forgive the debt - original amount 750.00 | | | | |
| ACCOUNT NO. | | | | | | X | 1.00 |
| **MRS Associates** **3 Executive Campus** **Cherry Hill, NJ  08002** | | | Collection company for unknown creditor - debtor demands proof of the validity of this debt | | | | |

Sheet no.  4 of 7 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                          **4,254.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **George Walter Fisette**                                          Case No. _____

                    Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**National Grid <br>PO Box 20690 <br>Brooklyn, NY  11202-9965** <br><br>**National Grid <br>PO Box 5186 <br>Buffalo, NY  14240-5186** | | | **Services - disputed - statute of limitations** | | | X | 1.00 |
| ACCOUNT NO. <br><br>**NCO Financial Systems, Inc <br>PO Box 17080 <br>Wilmington, DE  19850-7080** | | | **Collection company for unknown creditor - debtor demands proof of the validity of this debt** | | | X | 1.00 |
| ACCOUNT NO. <br><br>**NCO Financial Systems, Inc. <br>PO Box 510950 <br>New Berlin, WI  63151-0950** | | | **Collection company for unknown creditor - debtor demands proof of the validity of this debt** | | | X | 1.00 |
| ACCOUNT NO. <br><br>**Nextel <br>PO Box 4192 <br>Carol Stream, IL  60197-4192** | | | **Services - disputed - statute of limitations** | | | X | 1.00 |

Sheet no. _5_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    4.00

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **George Walter Fisette**                                          Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 1.00 |
| **Northland Group** **PO Box 390846** **Minneapolis, MN  55439** | | | **Collection company for unknown creditor - debtor demands proof of the validity of this debt** | | | | |
| ACCOUNT NO. | | | | | | X | 1.00 |
| **Receivable Management Services** **PO Box 509** **Richfield, OH  44286** | | | **Collection company for unknown creditor - debtor demands proof of the validity of this debt** | | | | |
| ACCOUNT NO. | | | | | | | 534.12 |
| **SCE&G** **PO Box 10255** **Columbia, SC  29202-3255** | | | **Services** | | | | |
| ACCOUNT NO. | | | | | | X | 1.00 |
| **SunCom Wireless** **PO Box 190028** **Charleston, SC  29419** | | | **Services - disputed - statute of limitations** | | | | |
| ACCOUNT NO. | | | | | | X | 1.00 |
| **Verizon** **PO Box 1100** **Albany, NY  12250** | | | **Services - disputed - statute of limitations** | | | | |

Sheet no.  6 of 7 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                      538.12

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   **George Walter Fisette**                                          Case No. _____
                                    **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Verizon Wireless PO Box 15041 Worchester, MA  01615-0041** | | | **Services - disputed - statute of limitations** | | | X | 1.00 |
| ACCOUNT NO.  **Wendi M Freeman, LLC 1040 eWall Street Mt Pleasant, SC  29464-3046** | | | **Services** | | | | 2,888.94 |

Sheet no.  7 of 7 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    > $              2,889.94

Total    > $            15,274.71

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6G (Official Form 6G) (12/07)**

In re:  **George Walter Fisette**_____,        Case No. _____
                                        **Debtor**                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **George Walter Fisette**                                    Case No. _____
          _____.                                    **(If known)**
                              **Debtor**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **George Walter Fisette**                                                                                  Case No. _____

                                    **Debtor**                                                                                            **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **8/3/2010**                                            Signature:  **s/ George Walter Fisette**

                                                                                   **George Walter Fisette**

                                                                                                          Debtor

                                                          [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

**LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

**IN RE:**                                              )
                                                        )
**George Walter Fisette**                               )
                                                        )
                                                        )      **CERTIFICATION VERIFYING**
                                                        )
                              **DEBTOR.**                )      **CREDITOR MATRIX**
_____                        )

        The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South
Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer
diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format  which
has been compared to, and contains identical information to, the debtor's schedules, statements and lists which
are being filed at this time or as they currently exist in draft form.


        Master mailing list of creditors submitted via:


        (a) _____ computer diskette

        (b) _____ scannable hard copy
        (number of sheets submitted _____)

        (c) __**X**____ electronic version filed via CM/ECF


Date: __**8/3/2010**_____, _____          **s/ George Walter Fisette**
                                            _____
                                            **George Walter Fisette**
                                            Signature of Debtor
                                            **/s/D. Nathan Davis**
                                            _____
                                            **D. Nathan Davis**
                                            Signature of Attorney
                                            **D. Nathan Davis**
                                            **711-A St. Andrews, Charleston SC 29407**

                                            **843-571-4042**
                                            _____
                                            Typed/Printed Name/Address/Telephone

                                            **438**
                                            _____
                                            District Court I.D. Number

AFNI
PO Box 3517
Bloomington, IL  61702

Allied Interstate, Inc.
PO Box 361774
Columbus, OH  43236

Baker Hostetler
PO Box 70189
Cleveland, OH  44190-0189

Bankcard Services
PO Box 23065
Columbus, GA  31902

Buist Byars & Taylor, LLC
652 Coleman Blvd, Ste 200
Mt. Pleasant, SC  29464

CAB Collection Agency
PO Box 62889
N Charleston, SC  29419

Cablevision
PO Box 371378
Pittsburgh, PA  15250-7378

Capital One Services
PO Box 790217
St Louis, MO  53179-0217

CBCS
PO Box 163250
Columbus, OH  43216-3250

Charleston Water Systems (fka CPW)
PO Box 568
Charleston, SC   29402

Chase Auto Finance
PO Box 78050
Phoenix, AZ   85062-8050

CitiFinancial
PO Box 8020
South Hackensack, NJ   07606-8020

Comcast Cable
PO Box 105184
Atlanta, GA   30348-5184

conEdison
PO Box 1702
New York, NY   10116-1702

Contract Callers, Inc.
PO Box 21209
Augusta, GA   30917-2609

Dish Network
PO Box 105169
Atlanta, GA   30348-5169

Encore Receivables Management
PO Box 3330
Olathe, KS   66063

Farer & Schwartz, PC
12 Century Hill Drive
Latham, NY   12110

```
Felix Endico
444 E 86th Street
New York, NY  10028

First Premier Bank
PO Box 5519
Sioux Falls, SD  57117-5519

Greg Winton
39 Southwalt Bridge Way
Lutherville, MD  21093

Helen Fisette
550 Cedar Ridge Road
Shallotte, NC  28470

Jeniffer Heitzke
15 Shadowood Circle
Monroe, CT  06468

JP Morgan Chase d/b/a Washington Mu
PO Box 44118
Jacksonville, FL  32231-4016

Judith Rickman
19 Glendale Avenue
Albany, NY  12208

Kent Zhang
857 Madison St, 1st Floor
Brooklyn, NY  11221

Matt O'Brian
857 Madison St, 2nd Floor
Brooklyn, NY  11221
```

```
MRS Associates
3 Executive Campus
Cherry Hill, NJ  08002

National Grid
PO Box 20690
Brooklyn, NY  11202-9965

National Grid
PO Box 5186
Buffalo, NY  14240-5186

NCO Financial Systems, Inc
PO Box 17080
Wilmington, DE  19850-7080

NCO Financial Systems, Inc.
PO Box 510950
New Berlin, WI  63151-0950

New York State Thruway Authority
PO Box 15187
Albany, NY  12212-5187

Nextel
PO Box 4192
Carol Stream, IL  60197-4192

Northland Group
PO Box 390846
Minneapolis, MN  55439

NYC Dept of Finance
PO Box 3674
New York, NY  10008-3674
```

```
Office of the Parking Clerk
PO Box 9102
Somerville, MA   02143

Receivable Management Services
PO Box 509
Richfield, OH  44286

SC Department of Revenue
PO Box 125
Columbia, SC 29211

SCE&G
PO Box 10255
Columbia, SC  29202-3255

SunCom Wireless
PO Box 190028
Charleston, SC   29419

Verizon
PO Box 1100
Albany, NY  12250

Verizon Wireless
PO Box 15041
Worchester, MA  01615-0041

Wendi M Freeman, LLC
1040 eWall Street
Mt Pleasant, SC  29464-3046
```

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### District of South Carolina

In re:    **George Walter Fisette**

Case No. _____

Chapter    **13** _____

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **1,000.00** |
| Balance Due | $ | **2,000.00** |

2. The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e) [Other provisions as needed]

**None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

**Matters not contemplated nor charged for in the original filing of the case, appeals, adversary proceedings and heavily contested matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **8/3/2010** _____

**/s/D. Nathan Davis** _____
**D. Nathan Davis, Bar No.  438**

**Davis Law Firm**
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

Attorney's Name, Address, Telephone  )
Number and District Court I.D. Number:  )
**D. Nathan Davis**  )
**711-A St. Andrews, Charleston SC 29407**

Phone:  **843-571-4042**      )
District Court I.D.  **438**    )
Number:          )
             )
_____

In re:           )
**George Walter Fisette**    )  Case Number _____
             )
             )
       Debtor. [1]  )
_____

## Declaration Re: Electronic Filing of
## Petition for Relief, Schedules and Statements

### PART I - DECLARATION OF DEBTOR FILING A PETITION FOR RELIEF:

   I, **George Walter Fisette** , the undersigned debtor, hereby declare under penalty of perjury that the information provided in the electronically filed petition, statements and schedules is true and correct. I consent to my attorney electronically filing my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed electronically with the Clerk of the Court simultaneously with the petition. I understand that failure to file this DECLARATION may cause my case to be dismissed without further notice or hearing.

    ✓  [If the debtor is an individual whose debts are primarily consumer debts and has chosen to file under Chapter_____**13**_____ I am aware that I may proceed under Chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each chapter, and choose to proceed under Chapter _____**13**_____. I request relief in accordance with the chapter specified in the petition for relief.

_____

   [1] If a joint petition for relief is being filed, each gender does include the other gender and the singular does include the plural.

_____   [If the debtor is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

_____   [If the debtor files an application to pay filing fees in installments] I certify that I completed an application to pay the filing fee in installments. I am aware that the bankruptcy case may be dismissed without further notice or hearing and I may not receive a discharge of my debts if the fee is not paid in accordance with the Court's order granting my application.

**s/ George Walter Fisette**
**George Walter Fisette**
Signature of Debtor

**8/3/2010**
Date


## PART II - DECLARATION OF ATTORNEY

I declare under penalty of perjury that the debtor signed this form before I electronically transmitted it and the petition for relief, schedules and statements to the United States Bankruptcy Court, and I have followed all other requirements in Operating Order 04-11. If the debtor is an individual, I further declare that I have informed the debtor that he or she may proceed under Chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each chapter. This DECLARATION is based on information of which I have knowledge.

**/s/D. Nathan Davis**
**D. Nathan Davis**
Signature of Attorney for Debtor

**B 201** (12/08)

UNITED STATES BANKRUPTCY COURT
**DISTRICT OF SOUTH CAROLINA**

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7**: Liquidation  **($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**:  Repayment of All or Part of the Debts of an Individual with Regular Income **($235 filing fee, $39 administrative fee: Total fee $274)**

B 201                                                                                                                Page 2

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of the Debtor

I , the debtor, affirm that I have received and read this notice.

| | |
|---|---|
| **George Walter Fisette** | X **s/ George Walter Fisette**                    8/3/2010 |
| Printed Name of Debtor | George Walter Fisette |
| | Signature of Debtor                    Date |
| Case No. (if known) | |