UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-05566-jw |
| | ) | |
| George Walter Fisette | ) | |
| | ) | |
| _____Debtor(s)_____ | ) | |

### DEBTOR'S STATEMENT REGARDING PAY ADVICES

I, George Walter Fisette, hereby declare that I have not been receiving pay advices from an employer. I have been living off of the income generated from my rental property and with the help of family and friends. I am now a self employed event producer working with SDC Media and am expecting to gross an average of $5,000.00 per month.

Charleston, SC

_____
George Walter Fisette

August 31, 2010