UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: ) CASE NO. 10-05566-jw
)
)
George Walter Fisette )
)
)
)
_____Debtor(s)_____ )

**DISCLOSURE OF EXPECTED INCREASE OR DECREASE
IN INCOME OR EXPENDITURES**

I, ,George Walter Fisette, hereby declare that I do not expect to have any increase or decrease in my income or expenditures during the next year.

Charleston, SC

_____
George Walter Fisette

August 31, 2010

_____