UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) CASE NO. 10-05566-jw |
| | ) |
| George Walter Fisette | ) |
| | ) |
| _____Debtor(s)_____ | ) |

**DEBTOR'S STATEMENT REGARDING TAX RETURNS**

I, George Walter Fisette, hereby state that I have not filed tax returns in more than 4 years, as I have had no taxable income during that time.

_____
George Walter Fisette