UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-05566-jw |
| | ) | |
| George Fisette | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 11

The undersigned, as attorney for the debtor, does hereby move for an Order converting this case from one under Chapter 13 of the Bankruptcy Code to one under Chapter 11 of the Bankruptcy Code.

At the time of the filing of this case, the debtor intended to restructure his mortgage loan under a Chapter 13 Plan. The debt cannot be valued in a Chapter 13 plan and would need to be restructured in a Chapter 11 plan of reorganization.

As this cannot be waived to allow the debtor to remain in a Chapter 13 case, the only option of the debtor would be to convert her case to one under Chapter 11 of the Bankruptcy Code to allow her to retain his property.

It is believed that most issues surrounding the formulation of a Plan of Reorganization has been resolved and that a plan and disclosure statement can be filed soon after the case is converted to a case under Chapter 11 of the Bankruptcy Code.

That further, this motion is not filed with any intent to delay or hinder creditors and debtor is prepared to pay adequate protection payments to the creditors it has been treating as secured in the Chapter 13 case.

For the forgoing reasons, your undersigned prays that this case be converted to one under Chapter 11 of the United States Bankruptcy Code.

October 8, 2010
Charleston, South Carolina

/s/ D. Nathan Davis
D. Nathan Davis
711-A St. Andrews Blvd.
Charleston, SC 29407
843-571-4042   Office
888-821-9554   Facsimile
Nathan@davislawsc.com
Attorney for George Fisette

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:                                            )          CASE NO. 10-05566-jw
                                                  )
George Fisette                                    )
                                                  )          CERTIFICATE OF SERVICE
                                                  )          BY MAIL OR OTHERWISE
                                                  )
_____Debtor_____                            )
                                                  )

        I hereby certify that a copy of the within the Motion to Convert, Order Converting from Chapter 13 to Chapter 11, and Certificate of Service was duly served upon the parties below named, by depositing said papers in the United States Mail at Charleston, South Carolina, on this date, or as otherwise requested by the party requesting notice, and, when served by mail, with first class postage duly affixed and a return address clearly indicated on said envelope to the address below indicated.

See Attached List

U.S. Trustee (Electronic Service)
1835 Assembly Street, Rm 953
Columbia SC 29201

James Wyman (Electronic Service)
PO Box 997
Mount Pleasant SC 29465-0997

Charleston, SC                                    /s/ D. Nathan Davis
                                                  D. Nathan Davis
October 8, 2010                                   Attorney for Debtor
                                                  711-A St. Andrews Blvd.
                                                  Charleston SC 29407
                                                  (843) 571-4042
                                                  District Court ID No. 438

Label Matrix for local noticing
0420-2
Case 10-05566-jw
District of South Carolina
Charleston
Fri Oct  8 09:26:06 EDT 2010

AFNI
PO Box 3517
Bloomington, IL 61702-3517

Allied Interstate, Inc.
PO Box 361774
Columbus, OH 43236-1774

Baker Hostetler
PO Box 70189
Cleveland, OH  44190-0189

Bankcard Services
PO Box 23065
Columbus, GA 31902-3065

Buist Byars & Taylor, LLC
652 Coleman Blvd, Ste 200
Mt. Pleasant, SC 29464-4061

CAB Collection Agency
PO Box 62889
N Charleston, SC 29419-2889

CBCS
PO Box 163250
Columbus, OH  43216-3250

COMMISSIONERS OF PUBLIC WORKS
PO BOX B
CHARLESTON SC 29402-0017

Cablevision
PO Box 371378
Pittsburgh, PA  15250-7378

Capital One Auto Finance (CODB) c/o Ascensio
P.O. Box 201347
Arlington, TX 76006-1347

Capital One Bank (USA), N.A.
by American Infosource Lp As Agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One Services
PO Box 790217
St Louis, MO 63179

Charleston Water Systems (fka CPW)
PO Box 568
Charleston, SC 29402-0568

Chase Auto Finance
P.O. Box 901032
Ft. Worth, TX 76101-2032

Chase Auto Finance
PO Box 78050
Phoenix, AZ  85062-8050

CitiFinancial
PO Box 8020
South Hackensack, NJ  07606-8020

Comcast Cable
PO Box 105184
Atlanta, GA  30348-5184

Contract Callers, Inc.
PO Box 21209
Augusta, GA  30917-2609

D. Nathan Davis
711-A St. Andrews Blvd
Charleston, SC 29407-7196

Dish Network
PO Box 105169
Atlanta, GA  30348-5169

Encore Receivables Management
PO Box 3330
Olathe, KS 66063-3330

Farer & Schwartz, PC
12 Century Hill Drive
Latham, NY 12110-2123

Felix Endico
ABA FE SWINGTIRE INC
444 E 86th Street
New York, NY  10028-6458

First Premier Bank
PO Box 5519
Sioux Falls, SD  57117-5519

George Walter Fisette
517 King Street # 11
Charleston, SC 29403-6460

Genesis Financial Solutions
Vativ Recovery Solutions, LLC
As Agent For Genesis Financial Solutions
P.O. Box 19249
Sugar Land, TX 77496-9249

Greg Winton
39 Southwalt Bridge Way
Lutherville, MD 21093-3959

Helen Fisette
550 Cedar Ridge Road
Shallotte, NC 28470-4522

JP Morgan Chase d/b/a Washington Mu
PO Box 44118
Jacksonville, FL 32231-4118

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jeniffer Heitzke
15 Shadowood Circle
Monroe, CT 06468-2613

Judith Rickman
19 Glendale Avenue
Albany, NY 12208-3106


Kent Zhang
857 Madison St, 1st Floor
Brooklyn, NY 11221-4122

MRS Associates
3 Executive Campus
Cherry Hill, NJ 08002-4103

Matt O'Brian
857 Madison St, 2nd Floor
Brooklyn, NY 11221-4122


NCO Financial Systems, Inc
PO Box 17080
Wilmington, DE  19850-7080

NCO Financial Systems, Inc.
PO Box 510950
New Berlin, WI 53151-0950

NCO PORTFOLIO MANAGEMENT
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701


NYC Dept of Finance
PO Box 3674
New York, NY  10008-3674

National Grid
PO Box 20690
Brooklyn, NY 11202-0690

National Grid
PO Box 5186
Buffalo, NY  14240-5186


New York State Thruway Authority
PO Box 15187
Albany, NY  12212-5187

Nextel
PO Box 4192
Carol Stream, IL  60197-4192

Northland Group
PO Box 390846
Minneapolis, MN 55439-0846


Office of the Parking Clerk
PO Box 9102
Somerville, MA 02143-9102

Mary R. Powers
Rogers Townsend Thomas PC
PO Box 100200
Columbia, SC 29202-3200

Receivable Management Services
PO Box 509
Richfield, OH 44286-0509


SC Department of Revenue
PO Box 125
Columbia, SC 29202-0125

SCE&G
PO Box 10255
Columbia, SC 29207-0255

Sprint Nextel  Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949


Sprint Nextel Distribution
Attn: Bankruptcy Dept
P.O. Box 3326
Englewood, CO 80155-3326

SunCom Wireless
PO Box 190028
Charleston, SC 29419-9028

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201-2448


Verizon
PO Box 1100
Albany, NY 12250-0001

Verizon Wireless
PO Box 15041
Worchester, MA  01615-0041

Wendi M Freeman, LLC
1040 eWall Street
Mt Pleasant, SC  29464-3046


James M. Wyman
PO Box 997
Mount Pleasant, SC 29465-0997

conEdison
PO Box 1702
New York, NY  10116-1702

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)JPMorgan Chase Bank, National Association          End of Label Matrix
                                                      Mailable recipients    58
                                                      Bypassed recipients     1
                                                      Total                  59