## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | Case No. 10-05566-jw |
| George Walter Fisette, | **MOTION TO DISABLE PUBLIC ACCESS** |
| Debtor. | Chapter 13 |

      Capital One Auto Finance, a creditor in the above-referenced matter, hereby moves pursuant to Rule 9037 of the Federal Rules of Bankruptcy Procedure to limit public access to documents which it filed with this Court. This Motion is based on the pleadings and other documents on file in this matter and the Memorandum of Law attached hereto.

      ANDERSON & ASSOCIATES, P.A.

By: _____
H. Flynn Griffin, III, (ID #2466)
Attorney for Capital One Auto Finance
Post Office Box 76
Columbia, SC  29202
(803) 252-8600; Email: kim@andersonlawfirm.net

Columbia, South Carolina
October 28, 2010

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>George Walter Fisette,<br><br>Debtor. | Case No. 10-05566-jw<br><br>**MEMORANDUM OF LAW**<br><br>Chapter 13 |

Capital One Auto Finance hereby submits this Memorandum in support of its Motion to Disable Public Access. The Debtor filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code on August 3, 2010. Capital One Auto Finance filed Proof of Claim No. 3, which inadvertently included unredacted personal information of the Debtor, a financial account number. Capital One is contemporaneously filing with this Motion an Amended Proof of Claim which redacts the personal information.

This Court has the authority to limit access to documents which include private information pursuant to Rule 9037(d) of the Federal Rules of Bankruptcy Procedure.

> (d) Protective orders. For cause, the court may by order in a case under the Code: ... (2) limit or prohibit a nonparty's remote electronic access to a document filed with the court.

Capital One prays that the Court require the Clerk of Court to disable public access to Proof of Claim No. 3 filed by Capital One Auto Finance.

ANDERSON & ASSOCIATES, P.A.

By: _/s/ H. Flynn Griffin, III_
H. Flynn Griffin, III, (ID #2466)
Attorney for Capital One Auto Finance
Post Office Box 76
Columbia, SC  29202
(803) 252-8600; Email: kim@andersonlawfirm.net

Columbia, South Carolina
October 28, 2010

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE:<br><br>George Walter Fisette,<br><br>Debtor. | Case No. 10-05566-jw<br><br>**CERTIFICATE OF SERVICE**<br><br>Chapter 13 |
|---|---|

The undersigned, Kimberly A. Yost, hereby certifies that she mailed a copy of the foregoing Motion to Disable Public Access and proposed Order to Attorney for Debtor and to the Chapter 13 Trustee, by mailing same, first class postage prepaid, directed to D. Nathan Davis, Esquire, at 711-A St. Andrews Boulevard, Charleston, SC 29407; and to James M. Wyman, Chapter 13 Trustee at P. O. Box 997, Mount Pleasant, SC 29465-0997, at Columbia, South Carolina, on October 28, 2010.

*Kimberly A. Yost*
Kimberly A. Yost
Anderson & Associates, P.A.
P. O. Box 76
Columbia, SC 29202
(803) 252-8600

ATTORNEY OF RECORD:

H. Flynn Griffin, III
District Court ID #2466