**Case # 10-05566**           # Record of Returned Mail

Processed 10/25/2010 through 10/31/2010

| Type of Notice | Filed Date of Notice | Address on Returned Mail | Date Returned Mail Processed |
|---|---|---|---|
| Notice of Hearing | 10/14/2010 | **(D) SunCom Wireless<br>PO Box 190028<br>Charleston, SC  29419 | 10/25/2010 |
| Notice of Hearing | 10/14/2010 | **(D) CitiFinancial<br>PO Box 8020<br>South Hackensack, NJ  07606-8020 | 10/27/2010 |
| Notice of Hearing | 10/14/2010 | **(D) MRS Associates<br>3 Executive Campus<br>Cherry Hill, NJ  08002 | 10/28/2010 |
| Notice of Hearing | 10/14/2010 | George Fisette<br>517 King Street # 11<br>Charleston<br>SC 29403 | 10/29/2010 |

**(D) - Pursuant to Operating Order 08-05, since the United States Postal Service has not provided a corrected address, this party will be removed from the Court's mailing matrix or has been previously deleted upon appropriate request.