UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

**FILED**

at ___ O'clock & ___ min. ___ M

NOV 04 2010

United States Bankruptcy Court
Columbia, South Carolina (23)

IN RE:

George Walter Fisette,

Debtor(s).

ENTERED NOV - 5 2010

B. R. M.

) CHAPTER 13
)
) CASE NO: 10-5566-jJW
)
) ORDER CONVERTING CHAPTER 13 CASE
) TO CHAPTER 11 CASE
)
)
)
)

Upon motion by a party in interest or the United States Trustee for conversion of this case from Chapter 13 to Chapter 11 pursuant to 11 U.S.C. § 1307(d) and after notice and a hearing,

**IT IS ORDERED THAT:**

1. The case is hereby converted to one administered under Chapter 11.

2. Debtor(s) shall:

    (a) within two (2) days of the entry of this order,
    (1) file a list of the names, addresses, and amount of the claims or interests required by Federal Rule of Bankruptcy Procedure 1007(d),
    (2) pay to the Court the conversion fee of $765.00 required by 28 U.S.C. § 1930(a).

    (b) within fourteen (14) days of the entry of this order, file the statements, schedules and other documents required by Federal Rule of Bankruptcy Procedure 1007(b) and the local rules of this Court, if such documents have not already been filed.

3. The Chapter 13 trustee shall within thirty (30) days of the date of this order, make a final report and file a final account of the administration of the estate with the Court, as required by 11 U.S.C. § 1302(b)(1).

Failure to comply with this order may result in the dismissal of the case or other adverse ruling without further notice or hearing. *plan and Disclosure statement shall be filed within 60 days.*

AND IT IS SO ORDERED.

Columbia, South Carolina

____11/4____, 2010

JOHN E. WAITES
Chief Bankruptcy Judge

C13-303:12/01/09