**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| In Re:  GEORGE WALTER FISETTE | ) | CHAPTER 11 |
| | ) | CASE NO: 10-05566-DD |
| | ) | |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | |
| | ) | |

WITHDRAWAL OF CLAIM

    Wendi M. Freeman, LLC hereby withdraws claim #16 filed in the above-captioned case on November 10, 2010.  This claim was a duplicate of an earlier claim that was filed in Debtor's Chapter 13.  The earlier filed claim has been brought over into Debtor's Chapter 11 filing.

                  WENDI M. FREEMAN, LLC

                  /s/ *Wendi M. Freeman*
                  Wendi M. Freeman, D. Ct. #5336
                  1040 eWall Street
                  Mt. Pleasant, SC  29464-3046
                  Telephone: 843-849-1900
November 10, 2010          Fax: 843-849-1903