UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

Case No. 10-05566-jw

ORDER DISABLING PUBLIC ACCESS

The relief set forth on the following pages, for a total of 2 pages, including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**11/08/2010**



/s/ John E. Waites

Chief US Bankruptcy Judge
District of South Carolina

Entered: 11/09/2010

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE:<br><br>George Walter Fisette,<br><br>Debtor. | Case No. 10-05566-jw<br><br>**ORDER DISABLING<br>PUBLIC ACCESS**<br><br>Chapter 13 |
|---|---|

This matter comes before the Court by Capital One Auto Finance on its own Motion to Disable Public Access to documents inadvertently filed with unredacted privacy information as set forth in Rule 9037 of the Federal Rules of Bankruptcy Procedure. The privacy information contained in the documents is a financial account number. Accordingly, pursuant to Rule 9037(d) of the Federal Rules of Bankruptcy Procedure, it is hereby

ORDERED that the Clerk of Court shall disable public access to Proof of Claim No. 3 filed by Capital One Auto Finance on August 18, 2010. Access to Proof of Claim No. 3 may still be provided by the Clerk of Court to the Debtor, Debtor's Attorney, the Trustee, if any, and the United States Trustee upon request.

Capital One Auto Finance has filed an Amended Proof of Claim with any privacy information redacted.

# CERTIFICATE OF NOTICE

```
District/off: 0420-2          User: mobley                Page 1 of 1                  Date Rcvd: Nov 09, 2010
Case: 10-05566                Form ID: pdf01              Total Noticed: 1

The following entities were noticed by first class mail on Nov 11, 2010.
db           +George Walter Fisette,   517 King Street # 11,   Charleston, SC 29403-6460

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 11, 2010**                           **Signature:**    _Joseph Speetjens_