**Case # 10-05566**

# Record of Returned Mail

Processed 11/22/2010 through 11/28/2010

| Type of Notice | Filed Date of Notice | Address on Returned Mail | Date Returned Mail Processed |
|---|---|---|---|
| Order Disabling Public Access | 11/08/2010 | George Fisette<br>517 King Street # 11<br>Charleston<br>SC 29403 | 11/22/2010 |