UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

| IN RE: | CHAPTER 11 |
|---|---|
| | CASE NO.: 10-05566-D |
| George Walter Fisette, | |
| Debtor(s). | OBJECTION TO MOTION TO VALUE THE CLAIM OF JPMORGAN CHASE |

311671-01085

    JPMorgan Chase Bank, National Association (hereafter called "JPMorgan Chase") hereby objects to the Motion to Value the Claim of JPMorgan Chase on the grounds that Debtor should not be allowed to value the claim of JPMorgan Chase and JPMorgan Chase objects to the value as proposed by Debtor.

    /s/ Mary R. Powers
Samuel C. Waters (I.D. 4539)
Cheryl H. Fisher (I.D. 7451)
Reginald P. Corley (I.D. 7832)
Jennifer W. Rubin (I.D. 7540)
Michael P. Morris (I.D. 9698)
Mary R. Powers (I.D. 9121)
William S. Koehler (I.D. 9912)
Attorneys for Movant
Rogers Townsend & Thomas, PC
220 Executive Center Drive, Suite 109 (29210)
Post Office Box 100200
Columbia, South Carolina 29202
(803) 744-4444

Columbia, South Carolina
December 8, 2010

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

IN RE:

George Walter Fisette,

Debtor(s).

311671-01085

CHAPTER 11
CASE NO.: 10-05566-D

CERTIFICATE OF SERVICE

I, the undersigned employee of ROGERS TOWNSEND & THOMAS, PC, do hereby certify that a copy of the Objection to Motion to Value The Claim of JPMorgan Chase was mailed to the parties listed below:

George Walter Fisette
517 King Street #11
Charleston, SC 29403

D. Nathan Davis, Esquire
711-A St. Andrews Blvd.
Charleston, SC  29407

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street, Suite 953
Columbia, SC 29201

/s/ Shirley Cope
ROGERS TOWNSEND & THOMAS, PC
Shirley Cope, Bankruptcy Paralegal
Post Office Box 100200
Columbia, SC  29202-3200
(803) 744-4444

Columbia, South Carolina
December 8, 2010