Form 135BNC  (Revised 12/01/2008)

**United States Bankruptcy Court – District of South Carolina**
J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201–2423

Case Number: 10–05566–dd                               Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

George Walter Fisette
517 King Street # 11
Charleston, SC 29403

SSN: xxx–xx–1696

**NOTICE OF HEARING**

| Filed By The Court |
| --- |
| **12/10/10** |
| **Tammi M. Hellwig** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

**PLEASE TAKE NOTICE** that a hearing will be held at:

**King and Queen Building**
**145 King Street**
**Room 225**
**Charleston SC 29401**

on **December 21, 2010** at **10:30 AM**, to consider and act upon the following pleading:

Motion to Establish Value of 43 Mary Street, Charleston SC Filed by D. Nathan Davis on behalf of George Walter Fisette. – Objection filed by Mary Powers on behalf of JP Morgan Chase Bank, NA.

The pleadings related thereto have been filed with the Court. Any party objecting to the relief sought must file a response in accordance with SC LBR 9014–1, and must serve the party seeking the relief with a copy of said objection **by N/A.** Any party failing to do so may be denied the opportunity to be heard. Please take notice that any party which has filed and served an objection in accordance with SC LBR 9013–3 and SC LBR 9014–1 and which fails to appear at the time and place above noticed to prosecute that objection, may not have the objection considered.

If the party filing the document referred to above has not served the document as required by the Fed. R. Bankr. P. and the Local Rules of this Court, the filing party is hereby notified that, at the hearing above referenced, the Court may give notice of the possible imposition of sanctions against the filing party, pursuant to Fed. R. Bankr. P. 9011 for failure to effect service.

Dated: December 10, 2010                               Tammi M. Hellwig
                                                        Clerk, US Bankruptcy Court

                                                        By: B Mobley
                                                        Deputy Clerk