UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: ) CASE NO. 10-05566-jw
 )
George Walter Fisette )
 )
       Debtor(s)        )
 )

## **STATEMENT OF CHANGE**

The undersigned, as attorney for the debtor(s), states that the following amended documents are being filed to make the changes to the existing documents listed below as follows:

1. The Voluntary Petition has been amended to show the debtor is now in a Chapter 11 Bankruptcy and operates as a small business.


Charleston, SC          /s/ D. Nathan Davis
         D. Nathan Davis
December 14 , 2010          Attorney for Debtor(s)
         711-A St. Andrews Blvd
         Charleston SC 29407
         (843) 571-4042
         District Court ID No. 438

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-05566-jw |
| | ) | |
| George Walter Fisette | ) | |
| | ) | CERTIFICATE OF SERVICE |
| | ) | BY MAIL |
| | ) | |
| Debtor | ) | |
| | ) | |

        I hereby certify that a copy of the within the Amended Voluntary Petition, Statement of Change, and Certificate of Service, was duly served upon the creditor below named, by depositing said papers in the United States Mail at Charleston, South Carolina, on this date, with first class postage duly affixed and a return address clearly indicated on said envelope to the address below indicated.

See attached matrix

US Trustee (Electronic Service)
1835 Assembly Street, Rm 953
Columbia SC 29201

George Fisette (Electronic Service)
517 King Street #11
Charleston SC 29403


Charleston, SC                    /s/ D. Nathan Davis
                                                   D. Nathan Davis
December 14, 2010                   Attorney for Debtor
                                                 711-A St. Andrews Blvd
                                                 Charleston SC 29407
                                                 (843) 571-4042
                                                 District Court ID No. 438

B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## District of South Carolina

**Voluntary Petition** — Amended

| Name of Debtor (if individual, enter Last, First, Middle): **Fisette, George, Walter** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-1696** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **517 King Street # 11, Charleston, SC**   ZIP CODE **29403** | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business: **Charleston** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition - Amended | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **George Walter Fisette** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X  /s/D. Nathan Davis                            12/14/2010 <br> Signature of Attorney for Debtor(s)              Date <br> **D. Nathan Davis**                                    **438** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition - Amended | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **George Walter Fisette** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ George Walter Fisette**
Signature of Debtor    **George Walter Fisette**

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
**12/14/2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X **/s/D. Nathan Davis**
Signature of Attorney for Debtor(s)

**D. Nathan Davis   Bar No. 438**
Printed Name of Attorney for Debtor(s) / Bar No.

**Davis Law Firm**
Firm Name

**711-A St. Andrews, Charleston SC 29407**
Address

**843-571-4042                    843-763-5619**
Telephone Number
**12/14/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-2<br>Case 10-05566-dd<br>District of South Carolina<br>Charleston<br>Tue Dec 14 10:11:24 EST 2010 | AFNI<br>PO Box 3517<br>Bloomington, IL 61702-3517 | Allied Interstate, Inc.<br>PO Box 361774<br>Columbus, OH 43236-1774 |
| Baker Hostetler<br>PO Box 70189<br>Cleveland, OH 44190-0189 | Bankcard Services<br>PO Box 23065<br>Columbus, GA 31902-3065 | Buist Byars & Taylor, LLC<br>652 Coleman Blvd, Ste 200<br>Mt. Pleasant, SC 29464-4061 |
| Joseph F. Buzhardt III<br>Office of the United States Trustee<br>1835 Assembly Street Suite 953<br>Columbia, SC 29201-2448 | CAB Collection Agency<br>PO Box 62889<br>N Charleston, SC 29419-2889 | CBCS<br>PO Box 163250<br>Columbus, OH 43216-3250 |
| COMMISSIONERS OF PUBLIC WORKS<br>PO BOX B<br>CHARLESTON SC 29402-0017 | Cablevision<br>PO Box 371378<br>Pittsburgh, PA 15250-7378 | Capital One Auto Finance (CODB) c/o Ascensio<br>P.O. Box 201347<br>Arlington, TX 76006-1347 |
| Capital One Auto Finance Department<br>C/O Ascension Capital Group<br>P.O. Box 201347<br>Arlington, Tx 76006-1347 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Services<br>PO Box 790217<br>St Louis, MO 63179 |
| Charleston Water Systems (fka CPW)<br>PO Box 568<br>Charleston, SC 29402-0568 | Chase Auto Finance<br>P.O. Box 901032<br>Ft. Worth, TX 76101-2032 | Chase Auto Finance<br>PO Box 78050<br>Phoenix, AZ 85062-8050 |
| Comcast Cable<br>PO Box 105184<br>Atlanta, GA 30348-5184 | Contract Callers, Inc.<br>PO Box 21209<br>Augusta, GA 30917-2609 | D. Nathan Davis<br>711-A St. Andrews Blvd<br>Charleston, SC 29407-7196 |
| Dish Network<br>PO Box 105169<br>Atlanta, GA 30348-5169 | ECMC<br>P.O. Box 75906<br>St. Paul, MN 55175-0906 | Encore Receivables Management<br>PO Box 3330<br>Olathe, KS 66063-3330 |
| Farer & Schwartz, PC<br>12 Century Hill Drive<br>Latham, NY 12110-2123 | Felix Endico<br>ABA FE SWINGTIRE INC<br>444 E 86th Street<br>New York, NY 10028-6458 | First Premier Bank<br>PO Box 5519<br>Sioux Falls, SD 57117-5519 |
| George Walter Fisette<br>517 King Street # 11<br>Charleston, SC 29403-6460 | Wendi M Freeman<br>Wendi M. Freeman, LLC<br>1040 eWall Street<br>Mt. Pleasant, SC 29464-3046 U.S.A. | Wendi M. Freeman<br>Wendi M. Freeman, LLC<br>1040 eWall Street<br>Mt. Pleasant, SC 29464-3046 |

```
Genesis Financial Solutions                Greg Winten                             H. Flynn Griffin III
Vativ Recovery Solutions, LLC              39 Southwalt Bridge Way                 P.O. Box 76
As Agent For Genesis Financial Solutions   Lutherville, MD 21093-3959              Columbia, SC 29202-0076
P.O. Box 19249
Sugar Land, TX 77496-9249


Helen Fisette                              JP Morgan Chase d/b/a Washington Mu     Jefferson Capital Systems LLC
550 Cedar Ridge Road                       PO Box 44118                            PO BOX 7999
Shallotte, NC 28470-4522                   Jacksonville, FL 32231-4118             SAINT CLOUD MN 56302-7999



Jeniffer Heitzke                           Judith Rickman                          Kent Zhang
15 Shadowood Circle                        19 Glendale Avenue                      857 Madison St, 1st Floor
Monroe, CT 06468-2613                      Albany, NY 12208-3106                   Brooklyn, NY 11221-4122



Matt O'Brian                               NATIONAL GRID                           NCO Financial Systems, Inc
857 Madison St, 2nd Floor                  300 ERIE BLVD WEST                      PO Box 17080
Brooklyn, NY 11221-4122                    SYRACUSE NY 13202-4250                  Wilmington, DE 19850-7080



NCO Financial Systems, Inc.                NCO PORTFOLIO MANAGEMENT                NEW YORK STATE THRUWAY AUTHORITY
PO Box 510950                              c/o Becket and Lee LLP                  LEGAL DEPARTMENT
New Berlin, WI 53151-0950                  POB 3001                                200 SOUTHERN BLVD.
                                           Malvern PA 19355-0701                   ALBANY NY 12209-2018


NYC Dept of Finance                        National Grid                           National Grid
PO Box 3674                                PO Box 20690                            PO Box 5186
New York, NY 10008-3674                    Brooklyn, NY 11202-0690                 Buffalo, NY 14240-5186



New York State Thruway Authority           Nextel                                  Northland Group
PO Box 15187                               PO Box 4192                             PO Box 390846
Albany, NY 12212-5187                      Carol Stream, IL 60197-4192             Minneapolis, MN 55439-0846



Office of the Parking Clerk                Mary R. Powers                          Receivable Management Services
PO Box 9102                                Rogers Townsend Thomas PC               PO Box 509
Somerville, MA 02143-9102                  PO Box 100200                           Richfield, OH 44286-0509
                                           Columbia, SC 29202-3200



SC Department of Revenue                   SCE&G                                   Sprint Nextel Correspondence
PO Box 125                                 PO Box 10255                            Attn Bankruptcy Dept
Columbia, SC 29202-0125                    Columbia, SC 29207-0255                 PO Box 7949
                                                                                   Overland Park KS 66207-0949



Sprint Nextel Distribution                 US Trustee's Office                     Verizon
Attn: Bankruptcy Dept                      Strom Thurmond Federal Building         PO Box 1100
P.O. Box 3326                              1835 Assembly Street                    Albany, NY 12250-0001
Englewood, CO 80155-3326                   Suite 953
                                           Columbia, SC 29201-2448
```

```
Verizon Wireless                    Verizon Wireless                 Wendi M Freeman, LLC
PO BOX 3397                         PO Box 15041                     1040 eWall Street
Bloomington, IL 61702-3397          Worchester, MA  01615-0041       Mt Pleasant, SC  29464-3046


conEdison
PO Box 1702
New York, NY  10116-1702
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)JPMorgan Chase Bank, National Association        End of Label Matrix
                                                    Mailable recipients   63
                                                    Bypassed recipients    1
                                                    Total                 64
```