UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:                                                      )    CASE NO. 10-05566-jw
                                                            )
George Walter Fisette                                       )
                                                            )
_____Debtor(s)_____                                 )
                                                            )

## STATEMENT OF CHANGE

The undersigned, as attorney for the debtor(s), states that the following amended documents are being filed to make the changes to the existing documents listed below as follows:

1. The Chapter 11 Statement of Current Monthly Income, Form 22B has been filed to show the debtor's income six months prior to filing his Chapter 13 Bankruptcy.

2. The list of creditors holding 20 largest unsecured claims has been filed in the debtor's Chapter 11 Bankruptcy.

3. Schedule I, Schedule J, Business Income and Expense form has been filed to correspond the debtor's projected income and expense for the next six months. The debtor states that there is no change to the schedules at this time and believes that the income and expenses shown are as accurate as possible.


Charleston, SC                                              /s/ D. Nathan Davis
                                                            D. Nathan Davis
December 14 , 2010                                          Attorney for Debtor(s)
                                                            711-A St. Andrews Blvd
                                                            Charleston SC 29407
                                                            (843) 571-4042
                                                            District Court ID No. 438

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-05566-jw |
| | ) | |
| George Walter Fisette | ) | |
| | ) | CERTIFICATE OF SERVICE |
| | ) | BY MAIL |
| | ) | |
| Debtor | ) | |
| | ) | |

        I hereby certify that a copy of the within the Amended Voluntary Petition, List of Creditors Holding 20 Largest Unsecured Claims, Statement of Change, and Certificate of Service, was duly served upon the creditor below named, by depositing said papers in the United States Mail at Charleston, South Carolina, on this date, with first class postage duly affixed and a return address clearly indicated on said envelope to the address below indicated.

US Trustee (Electronic Service)
1835 Assembly Street, Rm 953
Columbia SC 29201

George Fisette (Electronic Service)
517 King Street #11
Charleston SC 29403


| | |
|---|---|
| Charleston, SC | /s/ D. Nathan Davis |
| | D. Nathan Davis |
| December 14, 2010 | Attorney for Debtor |
| | 711-A St. Andrews Blvd |
| | Charleston SC 29407 |
| | (843) 571-4042 |
| | District Court ID No. 438 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of South Carolina

In re **George Walter Fisette**, Case No. **10-05566-jw**
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| JP Morgan Chase d/b/a Washington Mutual<br>PO Box 44118<br>Jacksonville, FL  32231-4016 | | Mortgage | | $132,056.00<br>**SECURED VALUE:**<br>$350,000.00 |
| Helen Fisette<br>550 Cedar Ridge Road<br>Shallotte, NC  28470 | | | | $7,500.00 |
| Welch, Roberts & Amburn<br>157 East Bay St<br>Charleston SC 29401 | | | | $5,981.00 |
| Kent Zhang<br>857 Madison St, 1st Floor<br>Brooklyn, NY  11221 | | | | $4,250.00 |
| Wendi M Freeman, LLC<br>1040 eWall Street<br>Mt Pleasant, SC  29464-3046 | | | | $2,888.94 |
| Farer & Schwartz, PC<br>12 Century Hill Drive<br>Latham, NY  12110 | | | | $2,534.59 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **George Walter Fisette**, Case No. **10-05566-jw**
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Buist Byars & Taylor, LLC<br>652 Coleman Blvd, Ste 200<br>Mt. Pleasant, SC  29464 | | | | $2,454.62 |
| Baker Hostetler<br>PO Box 70189<br>Cleveland, OH  44190-0189 | | | | $1.294.00 |
| Comcast Cable<br>PO Box 105184<br>Atlanta, GA  30348-5184 | | | | $570.46 |
| SCE&G<br>PO Box 10255<br>Columbia, SC  29202-3255 | | | | $534.12 |
| Charleston Water Systems (fka CPW)<br>PO Box 568<br>Charleston, SC  29402 | | | | $494.43 |
| RMS<br>4836 Brecksville Rd<br>P.O. Box 523<br>Richfield OH 44286 | | | | $451.07 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **George Walter Fisette**, Case No. **10-05566-jw**
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Chase Auto Finance**<br>PO Box 78050<br>Phoenix, AZ  85062-8050 | | Security Agreement | | $426.00<br>**SECURED VALUE:**<br>**$12,000.00** |
| **University Medical Associates**<br>1 Poston Rd, Ste 350<br>Charleston SC 29407-3431 | | | | $413.00 |
| **CBHV**<br>PO Box 3495<br>Toledo OH 43607 | | | | $223.35 |
| **Dish Network**<br>PO Box 105169<br>Atlanta, GA  30348-5169 | | | **DISPUTED** | $171.89 |
| **New York State Thruway Authority**<br>PO Box 15187<br>Albany, NY  12212-5187 | | | | $122.93 |
| **NYC Dept of Finance**<br>PO Box 3674<br>New York, NY  10008-3674 | | | | $75.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **George Walter Fisette**                    , Case No. **10-05566-jw**
                 Debtor                              Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Cablevision**<br>PO Box 371378<br>Pittsburgh, PA  15250-7378 | | | | **$55.66** |
| **Office of the Parking Clerk**<br>PO Box 9102<br>Somerville, MA  02143 | | | | **$50.00** |

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6I (Official Form 6I) (12/07)

In re **George Walter Fisette**          Case No.   **10-05566-jw**
            Debtor                                              (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | self employed event producer | |
| Name of Employer | | |
| How long employed | 2010 | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ |
| 2. Estimate monthly overtime | $ 0.00 | $ |
| 3. SUBTOTAL | $ 0.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify) | $ 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. Income from real property | $ 1,700.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| 11. Social security or other government assistance (Specify) | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify) | $ 0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,700.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,700.00 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 1,700.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**Projected income is based upon recent contract between debtor, doing business as P.E. Productions, and SDC Media, which has successfully produced events worldwide.**

B6J (Official Form 6J) (12/07)

In re **George Walter Fisette**,     Case No. **10-05566-jw**
　　　　　　　Debtor　　　　　　　　　　　　　　　(If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,879.00 |
| 　a. Are real estate taxes included?   Yes ___   No ✓ | |
| 　b. Is property insurance included?   Yes ___   No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | $ 275.00 |
| 　b. Water and sewer | $ 110.00 |
| 　c. Telephone | $ 0.00 |
| 　d. Other **Phone/Internet/Cable** | $ 137.00 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 250.00 |
| 5. Clothing | $ 25.00 |
| 6. Laundry and dry cleaning | $ 15.00 |
| 7. Medical and dental expenses | $ 60.00 |
| 8. Transportation (not including car payments) | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 25.00 |
| 10. Charitable contributions | $ 10.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| 　a. Homeowner's or renter's | $ 204.00 |
| 　b. Life | $ 0.00 |
| 　c. Health | $ 0.00 |
| 　d. Auto | $ 165.00 |
| 　e. Other ___ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| 　(Specify) **Real and Personal Property** | $ 210.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| 　a. Auto | $ 0.00 |
| 　b. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 1,250.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 17,519.88 |
| 17. Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 22,334.88 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME
　a. Average monthly income from Line 15 of Schedule I　　$ 1,700.00
　b. Average monthly expenses from Line 18 above　　　　 $ 22,334.88
　c. Monthly net income (a. minus b.)　　　　　　　　　　　$ -20,634.88

**B22B (Official Form 22B) (Chapter 11) (01/08)**

In re **George Walter Fisette**
                    Debtor(s)

Case Number: **10-05566-jw**
                    (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | | |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☑ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | **Column A<br>Debtor's<br>Income** | **Column B<br>Spouse's<br>Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ | $ |
| 3 | **Net income from the operation of a business, profession, or farm**. Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>a. Gross Receipts — $ 0.00<br>b. Ordinary and necessary business expenses — $ 17,519.88<br>c. Business income — Subtract Line b from Line a | | $0.00 | $ |
| 4 | **Net rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<br><br>a. Gross Receipts — $ 1,700.00<br>b. Ordinary and necessary operating expenses — $ 0.00<br>c. Rent and other real property income — Subtract Line b from Line a | | $1,700.00 | $ |
| 5 | **Interest, dividends, and royalties.** | | $0.00 | $ |
| 6 | **Pension and retirement income.** | | $0.00 | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | | $1,500.00 | $ |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____    Spouse $ _____ | | $ | $ |

**B22B (Official Form 22B) (Chapter 11) (01/08)** 2

| | | | |
|---|---|---|---|
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a.                                 $ | $0.00 | $ |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $3,200.00 | $ |
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10. Column A. | $ 3,200.00 | |
| | **Part II:  VERIFICATION** | | |
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br>   Date: __12/14/2010__        Signature: **s/ George Walter Fisette**<br>                                                           **George Walter Fisette,** (Debtor) | | |

**UNITED STATES BANKRUPTCY COURT**
**District of South Carolina**

In re: **George Walter Fisette**                                      Case No. **10-05566-jw**

Chapter **11**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing:           $ **20,567.16**

PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

2. Gross Monthly Income:                                  $ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| # | Item | Amount |
|---|------|-------:|
| 3. | Net Employee Payroll (Other Than Debtor) | $ 3,840.00 |
| 4. | Payroll Taxes | 0.00 |
| 5. | Unemployment Taxes | 0.00 |
| 6. | Worker's Compensation | 0.00 |
| 7. | Other Taxes | 0.00 |
| 8. | Inventory Purchases (Including raw materials) | 0.00 |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. | Rent (Other than debtor's principal residence) | 0.00 |
| 11. | Utilities | 0.00 |
| 12. | Office Expenses and Supplies | 2,943.88 |
| 13. | Repairs and Maintenance | 0.00 |
| 14. | Vehicle Expenses | 323.50 |
| 15. | Travel and Entertainment | 1,343.50 |
| 16. | Equipment Rental and Leases | 3,600.00 |
| 17. | Legal/Accounting/Other Professional Fees | 0.00 |
| 18. | Insurance | 169.00 |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | 300.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For
    Pre-Petition Business Debts (Specify):
    **None**

21. Other (Specify):
    **George Fisette**                                   5,000.00

22. Total Monthly Expenses (Add items 3 - 21)            $ **17,519.88**

PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)    $ **(17,519.88)**