UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-05566-jw |
| | ) | |
| George Walter Fisette | ) | |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**STATEMENT OF CHANGE**

The undersigned, as attorney for the debtor(s), states that the following amended documents are being filed to make the changes to the existing documents listed below as follows:

1. The list of creditors holding 20 largest unsecured claims has been filed in the debtor's Chapter 11 Bankruptcy.

2. Schedule I, Schedule J, Business Income and Expense form has been filed to correspond the debtor's projected income and expense for the next six months. The debtor states that there is no change to the schedules at this time and believes that the income and expenses shown are as accurate as possible.

Charleston, SC                                                  /s/ D. Nathan Davis
                                                                D. Nathan Davis
December 14 , 2010                                              Attorney for Debtor(s)
                                                                711-A St. Andrews Blvd
                                                                Charleston SC 29407
                                                                (843) 571-4042
                                                                District Court ID No. 438

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-05566-jw |
| | ) | |
| George Walter Fisette | ) | |
| | ) | CERTIFICATE OF SERVICE |
| | ) | BY MAIL |
| | ) | |
| Debtor | ) | |
| | ) | |

      I hereby certify that a copy of the within the Schedule I, Schedule J, Business Income and Expense, List of Creditors Holding 20 Largest Unsecured Claims, Statement of Change, and Certificate of Service, was duly served upon the creditor below named, by depositing said papers in the United States Mail at Charleston, South Carolina, on this date, with first class postage duly affixed and a return address clearly indicated on said envelope to the address below indicated.

US Trustee (Electronic Service)
1835 Assembly Street, Rm 953
Columbia SC 29201

George Fisette (Electronic Service)
517 King Street #11
Charleston SC 29403


Charleston, SC                                 /s/ D. Nathan Davis
                                                        D. Nathan Davis
December 14, 2010                Attorney for Debtor
                                                        711-A St. Andrews Blvd
                                                        Charleston SC 29407
                                                        (843) 571-4042
                                                        District Court ID No. 438

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of South Carolina

In re **George Walter Fisette**, Case No. **10-05566-jw**
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| JP Morgan Chase d/b/a Washington Mutual<br>PO Box 44118<br>Jacksonville, FL  32231-4016 | | Mortgage | | $132,056.00<br>**SECURED VALUE:**<br>$350,000.00 |
| Helen Fisette<br>550 Cedar Ridge Road<br>Shallotte, NC  28470 | | | | $7,500.00 |
| Welch, Roberts & Amburn<br>157 East Bay St<br>Charleston SC 29401 | | | | $5,981.00 |
| Kent Zhang<br>857 Madison St, 1st Floor<br>Brooklyn, NY  11221 | | | | $4,250.00 |
| Wendi M Freeman, LLC<br>1040 eWall Street<br>Mt Pleasant, SC  29464-3046 | | | | $2,888.94 |
| Farer & Schwartz, PC<br>12 Century Hill Drive<br>Latham, NY  12110 | | | | $2,534.59 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **George Walter Fisette** ,    Case No. **10-05566-jw**
Debtor    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Buist Byars & Taylor, LLC**<br>652 Coleman Blvd, Ste 200<br>Mt. Pleasant, SC  29464 | | | | $2,454.62 |
| **Baker Hostetler**<br>PO Box 70189<br>Cleveland, OH  44190-0189 | | | | $1.294.00 |
| **Comcast Cable**<br>PO Box 105184<br>Atlanta, GA  30348-5184 | | | | $570.46 |
| **SCE&G**<br>PO Box 10255<br>Columbia, SC  29202-3255 | | | | $534.12 |
| **Charleston Water Systems (fka CPW)**<br>PO Box 568<br>Charleston, SC  29402 | | | | $494.43 |
| **RMS**<br>4836 Brecksville Rd<br>P.O. Box 523<br>Richfield OH 44286 | | | | $451.07 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **George Walter Fisette** , Case No. **10-05566-jw**
Debtor                  Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Chase Auto Finance**<br>**PO Box 78050**<br>**Phoenix, AZ  85062-8050** | | Security Agreement | | $426.00<br>**SECURED VALUE:**<br>**$12,000.00** |
| **University Medical Associates**<br>**1 Poston Rd, Ste 350**<br>**Charleston SC 29407-3431** | | | | $413.00 |
| **CBHV**<br>**PO Box 3495**<br>**Toledo OH 43607** | | | | $223.35 |
| **Dish Network**<br>**PO Box 105169**<br>**Atlanta, GA  30348-5169** | | | **DISPUTED** | $171.89 |
| **New York State Thruway Authority**<br>**PO Box 15187**<br>**Albany, NY  12212-5187** | | | | $122.93 |
| **NYC Dept of Finance**<br>**PO Box 3674**<br>**New York, NY  10008-3674** | | | | $75.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **George Walter Fisette**                     , Case No. **10-05566-jw**
                          Debtor                      Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Cablevision** PO Box 371378 Pittsburgh, PA  15250-7378 | | | | $55.66 |
| **Office of the Parking Clerk** PO Box 9102 Somerville, MA  02143 | | | | $50.00 |

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6I (Official Form 6I) (12/07)

In re **George Walter Fisette**  
               Debtor

Case No. **10-05566-jw**  
(If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | self employed event producer | |
| Name of Employer | | |
| How long employed | 2010 | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ |
| 2. Estimate monthly overtime | $ 0.00 | $ |
| 3. SUBTOTAL | $ 0.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ |
|    b. Insurance | $ 0.00 | $ |
|    c. Union dues | $ 0.00 | $ |
|    d. Other (Specify) | $ 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. Income from real property | $ 1,700.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| 11. Social security or other government assistance (Specify) | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify) | $ 0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,700.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,700.00 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 1,700.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**Projected income is based upon recent contract between debtor, doing business as P.E. Productions, and SDC Media, which has successfully produced events worldwide.**

B6J (Official Form 6J) (12/07)

In re **George Walter Fisette**,  Case No. **10-05566-jw**
Debtor  (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,879.00 |
| a. Are real estate taxes included?  Yes ___  No ✓ | |
| b. Is property insurance included?  Yes ___  No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | $ 275.00 |
| b. Water and sewer | $ 110.00 |
| c. Telephone | $ 0.00 |
| d. Other **Phone/Internet/Cable** | $ 137.00 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 250.00 |
| 5. Clothing | $ 25.00 |
| 6. Laundry and dry cleaning | $ 15.00 |
| 7. Medical and dental expenses | $ 60.00 |
| 8. Transportation (not including car payments) | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 25.00 |
| 10. Charitable contributions | $ 10.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 204.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 165.00 |
| e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) **Real and Personal Property** | $ 210.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 1,250.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 17,519.88 |
| 17. Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 22,334.88 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ 1,700.00 |
| b. Average monthly expenses from Line 18 above | $ 22,334.88 |
| c. Monthly net income (a. minus b.) | $ -20,634.88 |

**UNITED STATES BANKRUPTCY COURT**
**District of South Carolina**

In re:  **George Walter Fisette**                                     Case No.  **10-05566-jw**

                                                                                                                      Chapter  **11**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1. Gross Income For 12 Months Prior to Filing:                              $     **20,567.16**

PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

   2. Gross Monthly Income:                                                                                 $     **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

   3. Net Employee Payroll (Other Than Debtor)                                $     **3,840.00**
   4. Payroll Taxes                                                                                    **0.00**
   5. Unemployment Taxes                                                                          **0.00**
   6. Worker's Compensation                                                                      **0.00**
   7. Other Taxes                                                                                      **0.00**
   8. Inventory Purchases (Including raw materials)                                **0.00**
   9. Purchase of Feed/Fertilizer/Seed/Spray                                        **0.00**
 10. Rent (Other than debtor's principal residence)                                **0.00**
 11. Utilities                                                                                              **0.00**
 12. Office Expenses and Supplies                                                           **2,943.88**
 13. Repairs and Maintenance                                                                 **0.00**
 14. Vehicle Expenses                                                                             **323.50**
 15. Travel and Entertainment                                                                **1,343.50**
 16. Equipment Rental and Leases                                                         **3,600.00**
 17. Legal/Accounting/Other Professional Fees                                  **0.00**
 18. Insurance                                                                                         **169.00**
 19. Employee Benefits (e.g., pension, medical, etc.)                          **300.00**
 20. Payments to Be Made Directly By Debtor to Secured Creditors For
      Pre-Petition Business Debts (Specify):
      **None**

 21. Other (Specify):
      **George Fisette**                                                                        **5,000.00**

 22. Total Monthly Expenses (Add items 3 - 21)                                   $     **17,519.88**

PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME:

 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)     $     **(17,519.88)**