UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO:    10-05566-dd |
| | ) | |
| George Walter Fisette | ) | |
| | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | |

**<u>WITHDRAWAL OF DOCUMENT</u>**

The undersigned attorney for the debtor hereby withdraws the Chapter 11 Statement of Current Monthly Income, document number 44, that was filed on December 14, 2010. This document was filed in error.

Charleston, SC

December 14, 2010

/s/D. Nathan Davis
D. Nathan Davis
Attorney for Debtor
711-A St. Andrews Blvd
Charleston SC 29407
(843) 571-4042
District Court ID No. 438