# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: 10-05566-D

Consent Order of Continuance

The relief set forth on the following pages, for a total of _2_ pages including this page, is hereby **ORDERED**.

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>George Walter Fisette,<br><br>Debtor(s).<br>311671-01085 | CHAPTER 11<br>CASE NO.:  10-05566-D<br><br>CONSENT ORDER OF<br>CONTINUANCE |

This matter comes before the Court pursuant to the consent of JPMorgan Chase Bank, National Association ("Movant") and counsel for the Debtor, regarding Debtor's Motion to Set Value filed on November 10, 2010.  A hearing is scheduled for December 21, 2010, at 10:30 a.m. in Charleston.

Both parties wish to continue the hearing to allow time for the parties to get an appraisal performed on the property.  The value of the property is pivotal to the case.

NOW, THEREFORE, upon motion of Movant, and with the consent of counsel for the Debtor, it is hereby

ORDERED THAT:

The hearing scheduled for December 21, 2010 in Charleston is hereby continued to January 18, 2011, at 10:30 a.m. in Charleston.

WE CONSENT:

| | |
|---|---|
| /s/ William S. Koehler<br>Samuel C. Waters (I.D. 4539)<br>Cheryl H. Fisher (I.D. 7451)<br>Reginald P. Corley (I.D. 7832)<br>Jennifer W. Rubin (I.D. 7540)<br>Mary R. Powers (I.D. 9121)<br>William S. Koehler (I.D. 9912)<br>Attorneys for Movant<br>Rogers Townsend & Thomas, PC<br>220 Executive Center Drive 109 (29210)<br>Post Office Box 100200<br>Columbia, South Carolina 29202<br>(803) 744-4444 | /s/ D. Nathan Davis<br>D. Nathan Davis, Esquire<br>Attorney for the Debtor<br>711-A St. Andrews Blvd.<br>Charleston, SC 29407<br>(843) 571-4042 |