B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  George Walter Fisette ,    Case No. 10-05566-dd
          *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: November 2010                    Date filed: 12/29/10

Line of Business: Production Company         NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

George Walter Fisette
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME?  No employees | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH?  Debtor is in the process of switching bank accounts. | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?    ❐    ❐

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?    ❐    ❐

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?    ❐    ❐

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?    ❐    ❐

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?    ❐    ❐

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ❐    ❐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ _____

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ _____

Cash on Hand at End of Month    $ _____

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ _____

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ _____

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ _____

*(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH**    $ _____

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES**  $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES**  $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:  $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:  $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $ _____

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

Account Name: Debtor in Posession
Account Number: 810547003
Date Range: 11/04/2010 - 11/30/2010

| Transaction Number | Date | Description | Memo |
|---|---|---|---|
| | 11/17/2010 | Customer Deposit | Business Income - FRoC |
| | 11/18/2010 | Customer Deposit | Business Income - SDC |
| | 11/22/2010 | Cashiers Check | Chapter 11 Conversion Fee |

Case 10-05566-dd    Doc 54    Filed 12/29/10    Entered 12/29/10 16:24:46    Desc Main
Document      Page 5 of 12

| Amount Debit | Amount Credit | Check Number | Fees |
|---|---|---|---|
| | 743.77 | | |
| | | 66 | |
| 750 | | | 0 |

Account Name: CHECKING CHOICE
Account Number: 50040953
Date Range: 11/04/2010 - 11/29/2010

| Transaction Date | Date | Description |
|---|---|---|
| 11/04/2010 | 11/4/2010 | Check Card 11/03/10 HARDEES CHARLESTON SC |
| 11/05/2010 | 11/5/2010 | OVERDRAFT ITEM FEE |
| 11/05/2010 | 11/5/2010 | CHECK NUMBER |
| 11/05/2010 | 11/5/2010 | Check Card 11/03/10 JIMBO'S ROCK L CHARLESTON SC |
| 11/05/2010 | 11/5/2010 | Check Card 11/04/10 EXXONMOBIL CHARLESTON SC |
| 11/05/2010 | 11/5/2010 | Utl Bill Pay Foreign SCANA Energy/B Columbia SC |
| 11/05/2010 | 11/5/2010 | WEB Transfer Credit 105178166-D |
| 11/08/2010 | 11/8/2010 | Check Card 11/04/10 EXXONMOBIL CHARLESTON SC |
| 11/09/2010 | 11/9/2010 | WEB Transfer Credit 105178166-D |
| 11/12/2010 | 11/12/2010 | WEB Transfer Withdrawal 105178166-D |
| 11/17/2010 | 11/17/2010 | WEB Transfer Credit 105178166-D |
| 11/19/2010 | 11/19/2010 | Check Card 11/17/10 PREMIER DESIGN 419-4336510 OH |
| 11/19/2010 | 11/19/2010 | WEB Transfer Credit 105178166-D |
| 11/22/2010 | 11/22/2010 | ACH DEPOSIT TRANSFER PAYPAL |
| 11/22/2010 | 11/22/2010 | Check Card 11/20/10 SERMET'S CORNE CHARLESTON SC |
| 11/22/2010 | 11/22/2010 | Check Card 11/20/10 RITE AID STORE CHARLESTON SC |
| 11/23/2010 | 11/23/2010 | Check Card 11/22/10 J J BUCKLEY LL 510-6325300 CA |
| 11/23/2010 | 11/23/2010 | Check Card 11/22/10 MUMM NAPA WINE 707-9677700 CA |
| 11/23/2010 | 11/23/2010 | Check Card 11/22/10 U-HAUL MOVING CHARLESTON SC |
| 11/23/2010 | 11/23/2010 | CHECK NUMBER |
| 11/23/2010 | 11/23/2010 | Check Card 11/22/10 LIVINGSOCIAL 202-408-1745 DC |
| 11/24/2010 | 11/24/2010 | Check Card 11/23/10 DROPBOX 888-446-8396 CA |
| 11/29/2010 | 11/29/2010 | WEB Transfer Withdrawal 105178166-D |

| Memo | Amount Debit | Amount Credit | Check Num | Fees |
|---|---|---|---|---|
| Food | 3.28 | | | 0 |
| Bank Fee | 32 | | | 0 |
| Business Expense | 550 | | 10610 | 0 |
| Food | 28.5 | | | 0 |
| Fuel | 30 | | | 0 |
| Rental Property - Electricity | 380 | | | 0 |
| Transfer | | 400 | | 0 |
| Food | 3.84 | | | 0 |
| Transfer | | 450 | | 0 |
| Transfer | 20 | | | 0 |
| Transfer | | 800 | | 0 |
| Business Expense | 310 | | | 0 |
| Transfer | | 300 | | 0 |
| Business Income | | 280 | | 0 |
| Food | 46.87 | | | 0 |
| Health / Beauty / Pharmacuticals | 23.21 | | | 0 |
| Business Expense | 53.89 | | | 0 |
| Business Expense | 60.1 | | | 0 |
| Business Expense | 6.4 | | | 0 |
| Business Expense | 739.2 | | 10611 | 0 |
| Health / Beauty / Pharmacuticals | 37 | | | 0 |
| Business Expense | 9.99 | | | 0 |
| Transfer | 95 | | | 0 |

Account Name: MOOLAH CHECKING
Account Number: 105178166
Date Range: 11/04/2010 - 12/20/2010

| Transaction Date | Date | Description |
|---|---|---|
| 11/04/2010 | 11/4/2010 | OVERDRAFT/RETURNED ITEM FEE |
| 11/04/2010 | 11/4/2010 | Utl Bill Pay Foreign 2211 North Fir San Jose CA |
| 11/05/2010 | 11/5/2010 | ACH DEPOSIT TRANSFER PAYPAL |
| 11/05/2010 | 11/5/2010 | WEB Transfer Withdrawal 50040953-D |
| 11/08/2010 | 11/8/2010 | Check Card 11/05/10 ODESK***BAL-05 650-8534100 CA |
| 11/09/2010 | 11/9/2010 | OVERDRAFT/RETURNED ITEM FEE |
| 11/09/2010 | 11/9/2010 | ATM W/D Foreign 2 Courtroom Sq Charleston SC |
| 11/09/2010 | 11/9/2010 | Check Card 11/09/10 VOICECONNECTIN 678-303-2750 GA |
| 11/09/2010 | 11/9/2010 | Check Card 11/09/10 YAHOO *ENVIRO 800-318-0870 CA |
| 11/09/2010 | 11/9/2010 | Purchase USPS 451488024 CHARLESTON SC |
| 11/09/2010 | 11/9/2010 | ACH DEPOSIT DYKG GOOGLE DEPOSIT |
| 11/09/2010 | 11/9/2010 | WEB Transfer Withdrawal 50040953-D |
| 11/09/2010 | 11/9/2010 | Purchase SC DPS DMV CHARLESTON SC |
| 11/10/2010 | 11/10/2010 | ACH WITHDRAWAL SFPP STATE FARM RO 27 |
| 11/12/2010 | 11/12/2010 | Check Card 11/11/10 ODESK***BAL-11 650-8534100 CA |
| 11/12/2010 | 11/12/2010 | Check Card 11/11/10 PAYONEER 800-2512521 NY |
| 11/12/2010 | 11/12/2010 | CHECK NUMBER |
| 11/12/2010 | 11/12/2010 | CK 0566 REDEPCHECK CITY OF CHARLEST |
| 11/12/2010 | 11/12/2010 | Deposit Check |
| 11/12/2010 | 11/12/2010 | Purchase HARRIS TEETER Charleston SC |
| 11/12/2010 | 11/12/2010 | WEB Transfer Credit 50040953-D |
| 11/15/2010 | 11/15/2010 | Check Card 11/12/10 BURRIS LIQUOR CHARLESTON SC |
| 11/15/2010 | 11/15/2010 | Check Card 11/14/10 FEDEX 87046317 800-4633339 TN |
| 11/15/2010 | 11/15/2010 | ACH DEPOSIT DYKG GOOGLE DEPOSIT |
| 11/15/2010 | 11/15/2010 | ACH DEPOSIT TRANSFER PAYPAL |
| 11/15/2010 | 11/15/2010 | Purchase BEST BUY #517 N. CHARKESTO SC |
| 11/15/2010 | 11/15/2010 | Purchase GUITAR CENTER N CHARLESTON SC |
| 11/15/2010 | 11/15/2010 | Check Card 11/12/10 O-KU RESTAURAN CHARLESTON SC |
| 11/15/2010 | 11/15/2010 | Check Card 11/12/10 PEARLZ OYSTER CHARLESTON SC |
| 11/15/2010 | 11/15/2010 | Check Card 11/13/10 O-KU RESTAURAN CHARLESTON SC |
| 11/15/2010 | 11/15/2010 | Check Card 11/12/10 HUGHES LUMBER CHARLESTON SC |
| 11/16/2010 | 11/16/2010 | Utl Bill Pay Foreign 2211 North Fir San Jose CA |
| 11/16/2010 | 11/16/2010 | Utl Bill Pay Foreign 2211 North Fir San Jose CA |
| 11/16/2010 | 11/16/2010 | ACH DEPOSIT DYKG GOOGLE DEPOSIT |
| 11/16/2010 | 11/16/2010 | Check Card 11/15/10 GENTS CHARLESTON SC |
| 11/16/2010 | 11/16/2010 | CHECK NUMBER |
| 11/17/2010 | 11/17/2010 | Utl Bill Pay Foreign 2211 North Fir San Jose CA |
| 11/17/2010 | 11/17/2010 | ACH DEPOSIT DYKG GOOGLE DEPOSIT |
| 11/17/2010 | 11/17/2010 | Check Card 11/16/10 MCDONALD'S F32 MT PLEASANT SC |
| 11/17/2010 | 11/17/2010 | Check Card 11/15/10 STATE FARM INS 800-956-6310 IL |
| 11/17/2010 | 11/17/2010 | WEB Transfer Withdrawal 50040953-D |
| 11/18/2010 | 11/18/2010 | ACH DEPOSIT DYKG GOOGLE DEPOSIT |
| 11/18/2010 | 11/18/2010 | Check Card 11/16/10 COASTAL STADIU SHALLOTE NC |
| 11/18/2010 | 11/18/2010 | Check Card 11/16/10 COASTAL STADIU SHALLOTE NC |
| 11/18/2010 | 11/18/2010 | Check Card 11/16/10 COASTAL STADIU SHALLOTE NC |

| | |
|---|---|
| 11/18/2010 | 11/18/2010 Check Card 11/16/10 HESS 40383 MT PLEASANT SC |
| 11/19/2010 | 11/19/2010 Check Card 11/18/10 ODESK***BAL-18 650-8534100 CA |
| 11/19/2010 | 11/19/2010 Check Withdrawal |
| 11/19/2010 | 11/19/2010 Check Card 11/18/10 PIZZA H013759 CHARLESTON SC |
| 11/19/2010 | 11/19/2010 WEB Transfer Withdrawal 50040953-D |
| 11/19/2010 | 11/19/2010 Check Card 11/18/10 CHARLESTON WAT 843-7276800 SC |
| 11/22/2010 | 11/22/2010 Check Card 11/19/10 SAFFRON CAFE A CHARLESTON SC |
| 11/22/2010 | 11/22/2010 Check Card 11/19/10 BURRIS LIQUOR CHARLESTON SC |
| 11/22/2010 | 11/22/2010 Check Card 11/19/10 YAHOO *DOYOUK 800-318-0870 CA |
| 11/22/2010 | 11/22/2010 Utl Bill Pay Foreign 2211 North Fir San Jose CA |
| 11/22/2010 | 11/22/2010 ACH DEPOSIT TRANSFER PAYPAL |
| 11/22/2010 | 11/22/2010 Check Card 11/18/10 D'ALLESANDRO'S CHARLESTON SC |
| 11/23/2010 | 11/23/2010 Check Card 11/22/10 SRR*SIRIUS RAD 888-539-7474 NY |
| 11/23/2010 | 11/23/2010 ACH DEPOSIT DYKG GOOGLE DEPOSIT |
| 11/24/2010 | 11/24/2010 Check Card 11/23/10 PAYPAL *WEBSTA 402-935-7733 PA |
| 11/24/2010 | 11/24/2010 Utl Bill Pay Foreign 2211 North Fir San Jose CA |
| 11/24/2010 | 11/24/2010 Check Card Refund 11/12/10 O-KU RESTAURAN CHARLESTON S |
| 11/24/2010 | 11/24/2010 Check Card Refund 11/13/10 O-KU RESTAURAN CHARLESTON S |
| 11/26/2010 | 11/26/2010 Check Card 11/25/10 FRIENDFINDER61 6107571929 CA |
| 11/26/2010 | 11/26/2010 Check Card 11/25/10 ODESK***BAL-25 650-8534100 CA |
| 11/26/2010 | 11/26/2010 ACH DEPOSIT TRANSFER PAYPAL |
| 11/26/2010 | 11/26/2010 Check Card 11/12/10 O-KU RESTAURAN CHARLESTON SC |
| 11/26/2010 | 11/26/2010 Check Card 11/13/10 O-KU RESTAURAN CHARLESTON SC |
| 11/26/2010 | 11/26/2010 Check Card 11/24/10 MCDONALD'S F15 CHARLESTON SC |
| 11/26/2010 | 11/26/2010 Purchase HARRIS TEETER Charleston SC |
| 11/26/2010 | 11/26/2010 Purchase HARRIS TEETER Charleston SC |
| 11/26/2010 | 11/26/2010 Purchase PIGGLY WIGGLY CHARLESTON SC |
| 11/26/2010 | 11/26/2010 Purchase THE HOME DEPOT CHARLESTON SC |
| 11/26/2010 | 11/26/2010 Check Card 11/24/10 GS MOTORSPORTS IRVING TX |
| 11/29/2010 | 11/29/2010 CHECK NUMBER |
| 11/29/2010 | 11/29/2010 Check Card 11/26/10 Brooks Brother CHARLESTON SC |
| 11/29/2010 | 11/29/2010 Check Withdrawal |
| 11/29/2010 | 11/29/2010 Purchase USPS 451488024 CHARLESTON SC |
| 11/29/2010 | 11/29/2010 Purchase WAL-MART #2348 JAMES ISLAND SC |
| 11/29/2010 | 11/29/2010 Utl Bill Pay Foreign 2211 North Fir San Jose CA |
| 11/29/2010 | 11/29/2010 ACH DEPOSIT DYKG GOOGLE DEPOSIT |
| 11/29/2010 | 11/29/2010 Check Card 11/26/10 LEVIS OUTLET NORTH CHARLE SC |
| 11/29/2010 | 11/29/2010 Check Card 11/24/10 CENTER FOR THE CHARLESTON SC |
| 11/29/2010 | 11/29/2010 Check Card 11/23/10 JUANITA GREENB CHARLESTON SC |
| 11/29/2010 | 11/29/2010 Purchase HARRIS TEETER Charleston SC |
| 11/29/2010 | 11/29/2010 Purchase HARRIS TEETER Charleston SC |
| 11/29/2010 | 11/29/2010 Check Card 11/27/10 KANGAROO EXP # JAMES ISLAND SC |
| 11/29/2010 | 11/29/2010 Check Card 11/27/10 HUGHES LUMBER CHARLESTON SC |
| 11/29/2010 | 11/29/2010 Check Card 11/27/10 HYAMS GARDEN A CHARLESTON SC |
| 11/29/2010 | 11/29/2010 WEB Transfer Credit 50040953-D |
| 11/30/2010 | 11/30/2010 ATM Foreign Trans Fee |
| 11/30/2010 | 11/30/2010 Foreign Refund San Jose CA |
| 11/30/2010 | 11/30/2010 Purchase S-MART #117 COLUMBIA SC |
| 11/30/2010 | 11/30/2010 Check Card 11/30/10 S-MART #117 COLUMBIA SC |
| 11/30/2010 | 11/30/2010 Interest Paid |

| Memo | Amount Debit | Amount Credit | Check Number | Fees |
|---|---|---|---|---|
| Bank Fee | 32 | | | 0 |
| Business Expense | 17.45 | | | 0 |
| Business Income | | 489 | | 0 |
| Transfer | 400 | | | 0 |
| Business Expense | 27.61 | | | 0 |
| Bank Fee | 32 | | | 0 |
| Business Expense | 17.75 | | | 0 |
| Business Expense | 21.7 | | | 0 |
| Business Expense | 13.94 | | | 0 |
| Business Expense | 18.3 | | | 0 |
| Business Income | | 1028.96 | | 0 |
| Transfer | 450 | | | 0 |
| Vehicle Registration | 89 | | | 0 |
| Insurance | 166.7 | | | 0 |
| Business Expense | 62.35 | | | 0 |
| Business Expense | 41.56 | | | 0 |
| Business Expense | 75 | | 10594 | 0 |
| Business Expense | 57.84 | | | 0 |
| Business Income | | 83.9 | | 0 |
| Food | 4.92 | | | 0 |
| Transfer | | 20 | | 0 |
| Business Expense | 56.17 | | | 0 |
| Business Expense | 26.64 | | | 0 |
| Business Income | | 757.08 | | 0 |
| Business Income | | 489 | | 0 |
| Children - Birthday - AGF | 429.99 | | | 0 |
| Children - Birthday - AGF | 27.89 | | | 0 |
| Food | 74.52 | | | 0 |
| Food | 19.98 | | | 0 |
| Food | 19.7 | | | 0 |
| Rental Property - Maintainance | 13.08 | | | 0 |
| Business Expense | 120 | | | 0 |
| Business Expense | 375 | | | 0 |
| Business Income | | 1234.48 | | 0 |
| Health / Beauty / Pharmacuticals | 50 | | | 0 |
| Rental Property - Maintainance | 80.63 | | 622 | 0 |
| Business Expense | 28.99 | | | 0 |
| Business Income | | 757.08 | | 0 |
| Food | 2.19 | | | 0 |
| Insurance | 72.96 | | | 0 |
| Transfer | 800 | | | 0 |
| Business Income | | 757.08 | | 0 |
| Children - Birthday - AGF | 3 | | | 0 |
| Children - Birthday - AGF | 30 | | | 0 |
| Children - Birthday - AGF | 32 | | | 0 |

| | | | | |
|---|---|---|---|---|
| Fuel | 66.59 | | | 0 |
| Business Expense | 70.66 | | | 0 |
| Business Expense | 1000 | | | 0 |
| Food | 6.86 | | | 0 |
| Transfer | 300 | | | 0 |
| Water & Sewer | 136.01 | | | 0 |
| Business Expanse - Erin Glaze, City of | 32.82 | | | 0 |
| Business Expense | 176.71 | | | 0 |
| Business Expense | 13.94 | | | 0 |
| Business Expense | 30.9 | | | 0 |
| Business Income | | 485 | | 0 |
| Food | 27.09 | | | 0 |
| Business Expense | 44.81 | | | 0 |
| Business Income | | 485.2 | | 0 |
| Business Expense | 84.61 | | | 0 |
| Business Expense | 129.68 | | | 0 |
| Food | | 74.52 | | 0 |
| Food | | 19.7 | | 0 |
| Business Expense | 29.95 | | | 0 |
| Business Expense | 61.36 | | | 0 |
| Business Income | | 485 | | 0 |
| Food | 74.52 | | | 0 |
| Food | 19.7 | | | 0 |
| Food | 4.37 | | | 0 |
| Food | 13.06 | | | 0 |
| Food | 38.67 | | | 0 |
| Food | 7.15 | | | 0 |
| Rental Property - Maintainance | 71.36 | | | 0 |
| Vehicle Repair | 295 | | | 0 |
| Bank Fee - City of Chs | 30 | | 566 | 0 |
| Business Expense | 205.59 | | | 0 |
| Business Expense | 1000 | | | 0 |
| Business Expense | 5.34 | | | 0 |
| Business Expense | 73.09 | | | 0 |
| Business Expense | 65.95 | | | 0 |
| Business Income | | 1552.4 | | 0 |
| Clothing | 88.15 | | | 0 |
| Food | 20 | | | 0 |
| Food | 15.53 | | | 0 |
| Food | 10.36 | | | 0 |
| Food | 405 | | | 0 |
| Fuel | 25.18 | | | 0 |
| Rental Property - Maintainance | 1.07 | | | 0 |
| Rental Property - Maintainance | 24.62 | | | 0 |
| Transfer | | 95 | | 0 |
| Bank Fee | 2 | | | 0 |
| Business Expense | | 375 | | 0 |
| Food | 5.32 | | | 0 |
| Fuel | 40.19 | | | 0 |
| Interest Income | | 0.01 | | 0 |