UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:                                    )    CASE NO. 10-05566-jw
                                          )
George Fisette                            )
                                          )
       Debtor(s)                         )
                                          )

## STATEMENT OF CHANGE

The undersigned, as attorney for the debtor(s), states that the following amended documents are being filed to make the changes to the existing documents listed below as follows:

1. Schedule C has been amended to show the federal exemptions instead of state exemptions.


Charleston, SC                           /s/ D. Nathan Davis
                                         D. Nathan Davis
January 6, 2010                          Attorney for Debtor(s)
                                         711-A St. Andrews Blvd
                                         Charleston SC 29407
                                         (843) 571-4042
                                         District Court ID No. 438

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | CASE NO. 10-05566-jw |
| ) | |
| George Fisette ) | |
| ) | CERTIFICATE OF SERVICE |
| ) | BY MAIL |
| ) | |
| ) | |
| Debtor ) | |

       I hereby certify that a copy of the within the Amended Schedule C, Statement of Change, and Certificate of Service, was duly served upon the parties below named, by depositing said papers in the United States Mail at Charleston, South Carolina, on this date, with first class postage duly affixed and a return address clearly indicated on said envelope to the address below indicated.

U.S. Trustee (Electronic Service)
1835 Assembly St., Ste 953
Columbia SC 29201

George Fisette (Electronic Service)
517 King Street #11
Charleston SC 29403


| | |
|---|---|
| Charleston, SC | /s/ D. Nathan Davis |
| | D. Nathan Davis |
| January 6, 2011 | Attorney for Debtor |
| | 711-A St. Andrews Blvd |
| | Charleston SC 29407 |
| | (843) 571-4042 |
| | District Court ID No. 438 |

B6C (Official Form 6C) (4/10)

In re **George Walter Fisette**                                                          , Case No. **10-05566-jw**
　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:　　☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)　　　　　　　　　　　　　　　　　　　　　　　　　　　$146,450.*
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Books, cd's, movies, ect** | **11 USC § 522(d)(3)** | **500.00** | **500.00** |
| **Cash on Hand** | **11 USC § 522(d)(1)** | **250.00** | **250.00** |
| **Clothing** | **11 USC § 522(d)(3)** | **500.00** | **500.00** |
| **First Federal checking acct # xxx0953** | **11 USC § 522(d)(1)** | **1,000.00** | **1,000.00** |
| **First Federal checking acct # xxx8166** | **11 USC § 522(d)(1)** | **259.93** | **259.93** |
| **First Federal savings acct # xxx5300** | **11 USC § 522(d)(1)** | **377.09** | **377.09** |
| **HHGS** | **11 USC § 522(d)(3)** | **3,000.00** | **3,000.00** |
| **Judgement rendered in favor of debtor against Flis in the amount of 215,000.00 - debtor believes this is uncollectable - defendant is bankrupt** | **11 USC § 522(d)(1)** | **1.00** | **1.00** |
| **Misc jewelry** | **11 USC § 522(d)(4)** | **750.00** | **750.00** |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.