UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>George Walter Fisette,<br>Debtor(s). | CHAPTER 11<br>CASE NO.: 10-05566-D |

311671-01085

TO:   ALL CREDITORS AND PARTIES IN INTEREST entitled to Notice under Bankruptcy Rule of Procedure 4001(d):

**NOTICE AND MOTION PURSUANT TO BANKRUPTCY RULE 4001(d)**

JPMorgan Chase Bank, National Association ("Movant") and George Walter Fisette ("Debtors") move the Court for an Order approving the agreement between them attached hereto and briefly described below.

TAKE FURTHER NOTICE that any response, return and/or objection to this application, should be filed with the Court no later than fourteen (14) days from service of motion/application and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this application unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on **February 15, 2011, at 10:30 a.m.** at the **145 King Street, Room 225, Charleston, SC**.  No further notice of this hearing will be given.

TYPE: The agreement provides for a modification of the automatic stay of 11 U.S.C. §362(a).

TEXT: The terms of the agreement are contained in the proposed Settlement Order attached hereto.

PAYMENTS OR OTHER ACTS REQUIRED OF THE DEBTORS:  Debtor shall make a payment of $1,933.00 on or before January 20, 2011 and shall continue making the same payment as adequate protection beginning February 2, 2011 and each subsequent month until the effective date of the confirmed Chapter 11 plan.  Debtor will propose a Chapter 11 Plan which provides for the claim of JPMorgan Chase, valued at $350,000.00, to be paid monthly for a period of 96 months (8 years) at a rate that would equal said value amortized over thirty (30) years with 5.25% interest, the balance due and payable in full at the expiration of said 96 month term.

RESULTS OF DEBTOR'S BREACH: If the debtors default upon the payment schedule or upon future payments to Movant and the default continues for fifteen (15) days, then Movant or its attorney may file with this Court an affidavit stating the Debtors' default pursuant to 11 U.S.C. §362(d) and shall be entitled to relief from the stay to execute its state law rights and any rights under the note and mortgage with the Debtors without further notice or hearing.

DESCRIPTION OF PROPERTY SUBJECT TO LIEN: 43 Mary Street, Charleston, SC 29403

APPRAISED VALUE OF PROPERTY SUBJECT TO LIEN: $350,000.00 per Debtors' schedules

LIEN AMOUNT: $350,000.00

MOVING PARTIES:

/s/ Mary R. Powers
Samuel C. Waters, ID #4539
Cheryl H. Fisher, ID #7451
Reginald P. Corley, ID #7832
Jennifer W. Rubin, ID #7540
William S. Koehler (I.D. 9912)
Attorney for Bank of America
P.O. Box 100200
Columbia, SC  29202
(803) 744-4444


/s/ D. Nathan Davis
D. Nathan Davis, ID #438
Attorney for Debtors
711-A St. Andrews Blvd.
Charleston, SC 29407

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| | CASE NO.: 10-05566-D |
| George Walter Fisette, | |
| Debtor(s). | CERTIFICATE OF SERVICE |
| 311671-01085 | |

    I, the undersigned employee of ROGERS TOWNSEND & THOMAS, PC, do hereby certify that a copy of the Notice and Motion Pursuant to 4001(d) and proposed Settlement Order for Payment Schedule and Modification of Automatic Stay were mailed to the parties listed below:

George Walter Fisette
517 King Street #11
Charleston, SC 29403

D. Nathan Davis Esquire
Attorney for Debtors
711-A St. Andrews Blvd.
Charleston, SC 29407

James Wyman
Post Office Box 997
Mount Pleasant, SC 29465-0997

Attached List of 20 Largest Unsecured Creditors


    /s/ Shirley Cope
    ROGERS TOWNSEND & THOMAS, PC
    Shirley Cope, Bankruptcy Paralegal
    Post Office Box 100200
    Columbia, SC  29202-3200
    (803) 744-4444

Columbia, South Carolina
January 12, 2011

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of South Carolina

In re **George Walter Fisette**, Debtor        Case No. **10-05566-jw**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **JP Morgan Chase d/b/a Washington Mutual**<br>PO Box 44118<br>Jacksonville, FL  32231-4016 | | Mortgage | | $132,056.00<br>**SECURED VALUE:**<br>$350,000.00 |
| **Helen Fisette**<br>550 Cedar Ridge Road<br>Shallotte, NC  28470 | | | | $7,500.00 |
| **Welch, Roberts & Amburn**<br>157 East Bay St<br>Charleston SC 29401 | | | | $5,981.00 |
| **Kent Zhang**<br>857 Madison St, 1st Floor<br>Brooklyn, NY  11221 | | | | $4,250.00 |
| **Wendi M Freeman, LLC**<br>1040 eWall Street<br>Mt Pleasant, SC  29464-3046 | | | | $2,888.94 |
| **Farer & Schwartz, PC**<br>12 Century Hill Drive<br>Latham, NY  12110 | | | | $2,534.59 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **George Walter Fisette** , Case No. **10-05566-jw**
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Buist Byars & Taylor, LLC**<br>652 Coleman Blvd, Ste 200<br>Mt. Pleasant, SC  29464 | | | | $2,454.62 |
| **Baker Hostetler**<br>PO Box 70189<br>Cleveland, OH  44190-0189 | | | | $1.294.00 |
| **Comcast Cable**<br>PO Box 105184<br>Atlanta, GA  30348-5184 | | | | $570.46 |
| **SCE&G**<br>PO Box 10255<br>Columbia, SC  29202-3255 | | | | $534.12 |
| **Charleston Water Systems (fka CPW)**<br>PO Box 568<br>Charleston, SC  29402 | | | | $494.43 |
| **RMS**<br>4836 Brecksville Rd<br>P.O. Box 523<br>Richfield OH 44286 | | | | $451.07 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **George Walter Fisette**                                   ,    Case No. **10-05566-jw**
                         Debtor                                        Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Chase Auto Finance<br>PO Box 78050<br>Phoenix, AZ 85062-8050 | | Security Agreement | | $426.00<br>**SECURED VALUE:**<br>$12,000.00 |
| University Medical Associates<br>1 Poston Rd, Ste 350<br>Charleston SC 29407-3431 | | | | $413.00 |
| CBHV<br>PO Box 3495<br>Toledo OH 43607 | | | | $223.35 |
| Dish Network<br>PO Box 105169<br>Atlanta, GA 30348-5169 | | | **DISPUTED** | $171.89 |
| New York State Thruway Authority<br>PO Box 15187<br>Albany, NY 12212-5187 | | | | $122.93 |
| NYC Dept of Finance<br>PO Box 3674<br>New York, NY 10008-3674 | | | | $75.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **George Walter Fisette**                                             , Case No. **10-05566-jw**
                              Debtor
                                                                              Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Cablevision** PO Box 371378 Pittsburgh, PA  15250-7378 | | | | $55.66 |
| **Office of the Parking Clerk** PO Box 9102 Somerville, MA  02143 | | | | $50.00 |

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.