UNITED STATES BANKRUPTCY COURT
District of South Carolina

Case Number: 10-05566-D

CONSENT ORDER

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby **ORDERED**.

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

| IN RE:<br><br>George Walter Fisette,<br><br>Debtor(s).<br><br>311671-01085 | CHAPTER 11<br>CASE NO.: 10-05566-D<br><br>**CONSENT ORDER** |
|---|---|

This matter is before the Court on the objection of JPMorgan Chase Bank, National Association to Debtor's Motion to Value the Claim of JPMorgan Chase filed on December 8, 2010 and scheduled to be heard on January 18, 2011.

NOW THEREFORE, with the consent of the parties, it is hereby

ORDERED, that:

1. The parties agree to a value of $350,000 for the property at 3 Mary Street, Charleston, South Carolina. This valuation is agreed to only as part of Debtor's bankruptcy case and should Debtor's Chapter 11 plan not be confirmed by the court, said valuation is null and void.

WE CONSENT:

/s/ Mary R. Powers_____
Samuel C. Waters (I.D. 4539)
Cheryl H. Fisher (I.D. 7451)
Reginald P. Corley (I.D. 7832)
Jennifer W. Rubin (I.D. 7540)
Michael P. Morris (I.D. 9698)
Mary R. Powers (I.D. 9121)
William S. Koehler (I.D. 9912)
Attorneys for Movant
Rogers Townsend & Thomas, PC
220 Executive Center Drive, Suite 109 (29210)
Post Office Box 100200
Columbia, South Carolina 29202
(803) 744-4444

Consent Order
George Fisette
Case No. 10-5566

/s/ D. Nathan Davis
D. Nathan Davis
711-A St. Andrews Blvd.
Charleston, SC 29407
(843) 571-4042