B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re George Walter Fisette ,
Debtor

Case No. 10-05566-dd

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: December 2010

Date filed:

Line of Business: Production Company

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

George Walter Fisette

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? No employees | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? Debtor is in the process of switching bank accounts. | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 12,623.88

## SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 1,519.11

Cash on Hand at End of Month $ 1,001.57

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** $ 517.54

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 9,379.28

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 12,623.88

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 9,379.28

*(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** $ 3,244.60

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 22,267.00 | $ 12,623.88 | $ 9,643.12 |
| EXPENSES | $ 17,519.56 | $ 9,379.28 | $ 8,140.28 |
| CASH PROFIT | $ 4,747.44 | $ 3,244.60 | $ 1,499.84 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 22,267.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 17,519.56 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 4,747.44 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

**Chapter 11 Sumary Report**

| **Report Date** | Dec, 2010 |
|---|---|
| **Total Business Income** | |
| FF-8166 | 11,937.32 |
| FF-0953 | 686.56 |
| DIP | - |
| | **12,623.88** |
| **Cash on Hand - Start of Month** | |
| FF-8166 | 662.92 |
| FF-0953 | 796.42 |
| DIP | 59.77 |
| | **1,519.11** |
| **Cash on Hand - End of Month** | |
| FF-8166 | 0.23 |
| FF-0953 | 941.57 |
| DIP | 59.77 |
| | **1,001.57** |
| **Total Business Expenses** | |
| FF-8166 | 8,780.32 |
| FF-0953 | 598.96 |
| DIP | - |
| | **9,379.28** |
| **Income For The Month** | **14,142.99** |
| **Expense for The Month** | **9,379.28** |
| **Cash Profit For The Month** | **4,763.71** |

Account Name: CHECKING CHOICE
Account Number: 50040953
Date Range: 12/01/2010 - 01/28/2011

| | | | |
|---|---|---|---|
| Business Income | 686.56 | Starting Balance | 796.42 |
| Business Expenses | 598.96 | Ending Balance | 941.57 |

| Transaction N | Date | Description | Memo | Amount De | Amount Credit | Check Number | Fees |
|---|---|---|---|---|---|---|---|
| 12/02/2010*8 | 12/2/2010 | WEB Transfer Credit 105178166-D | Transfer | | 800 | | 0 |
| 12/03/2010*1 | 12/3/2010 | WEB Transfer Credit 105178166-D | Transfer | | 100 | | 0 |
| 12/06/2010*4 | 12/6/2010 | Check Card 12/04/10 COUNTRY CLUB, MYRTLE BEACH | Business Expense - Refund | | 46.25 | | 0 |
| 12/06/2010*4 | 12/6/2010 | ACH DEPOSIT TRANSFER PAYPAL | Business Income | | 400 | | 0 |
| 12/06/2010*1 | 12/6/2010 | CHECK NUMBER | Child Support | 1250 | | 10612 | 0 |
| 12/06/2010*3 | 12/6/2010 | WEB Transfer Credit 105178166-D | Transfer | | 300 | | 0 |
| 12/07/2010*2 | 12/7/2010 | CHECK NUMBER | Business Income - Refund | 286.56 | | 10613 | 0 |
| 12/10/2010*1 | 12/10/2010 | WEB Transfer Credit 105178166-D | Transfer | | 130 | | 0 |
| 12/13/2010*3 | 12/13/2010 | OVERDRAFT ITEM FEE | Bank Fee | 32 | | | 0 |
| 12/13/2010*1 | 12/13/2010 | CHECK NUMBER | Business Expense | 150 | | 10614 | 0 |
| 12/13/2010*1 | 12/13/2010 | WEB Transfer Credit 105178166-D | Transfer | | 144 | | 0 |
| 12/13/2010*2 | 12/13/2010 | WEB Transfer Withdrawal 105178166-D | Transfer | 288 | | | 0 |
| 12/21/2010*4 | 12/21/2010 | WEB Transfer Credit 105178166-D | Transfer | | 450 | | 0 |
| 12/22/2010*2 | 12/22/2010 | CHECK NUMBER | Business Expense | 250 | | 10615 | 0 |
| 12/23/2010*1 | 12/23/2010 | Check Card 12/22/10 HARDEES PAWLEYS ISLA SC | Business Expense | 13.13 | | | 0 |
| 12/24/2010*2. | 12/24/2010 | WEB Transfer Withdrawal 105178166-D | Transfer | 2.83 | | | 0 |
| 12/27/2010*9. | 12/27/2010 | Check Card 12/24/10 DROPBOX 888-446-8396 CA | Business Expense | 9.99 | | | 0 |
| 12/28/2010*1 | 12/28/2010 | WEB Transfer Credit 105178166-D | Transfer | | 100 | | 0 |
| 12/29/2010*8 | 12/29/2010 | Transfer Deposit | Transfer | | 87 | | 0 |
| 12/30/2010*3 | 12/30/2010 | Check Card 12/29/10 EXXONMOBIL RICHMOND VA | Business Expense | 38.99 | | | 0 |
| 12/30/2010*1. | 12/30/2010 | Check Card 12/29/10 MCDONALD'S M29 LAUREL MD | Business Expense | 1.06 | | | 0 |
| 12/30/2010*8. | 12/30/2010 | Check Card 12/29/10 MCDONALD'S M29 LAUREL MD | Business Expense | 8.36 | | | 0 |
| 12/30/2010*6. | 12/30/2010 | Purchase EXXONMOBIL RICHMOND VA | Business Expense | 6.18 | | | 0 |
| 12/31/2010*7 | 12/31/2010 | Check Card 12/29/10 M AND N CITGO SELMA NC | Business Expense | 75 | | | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/16/2010' | 12/16/2010 Deposit | Business Expense (Venue Rental - Refund) | | 5400 | | 0 |
| 12/16/2010' | 12/16/2010 Check Withdrawal | Business Expense (Venue Rental) | 7075 | | | 0 |
| 12/16/2010' | 12/16/2010 ACH DEPOSIT TRANSFER PAYPAL | Business Income | | 315 | | 0 |
| 12/17/2010' | 12/17/2010 Check Card 12/16/10 ODESK***BAL-16 650-8534100 CA | Business Expense | 77.44 | | | 0 |
| 12/17/2010' | 12/17/2010 Check Card 12/16/10 THRIVE RESTAUR NORCROSS GA | Business Expense | 90 | | | 0 |
| 12/17/2010' | 12/17/2010 Check Card 12/15/10 D'ALLESANDRO'S CHARLESTON SC | Food | 21 | | | 0 |
| 12/20/2010' | 12/20/2010 Check Card 12/18/10 GLENN AUTOGRAP ATLANTA GA | Business Expense | 38.94 | | | 0 |
| 12/20/2010' | 12/20/2010 Check Card 12/18/10 GLENN AUTOGRAP ATLANTA GA | Business Expense | 176.07 | | | 0 |
| 12/20/2010' | 12/20/2010 Purchase MARTA Atlanta GA | Business Expense | 2.5 | | | 0 |
| 12/20/2010' | 12/20/2010 Purchase SHELL Service SUMMERVILLE SC | Business Expense | 33.05 | | | 0 |
| 12/20/2010' | 12/20/2010 Purchase TRUCK STOP 44 GILBERT SC | Business Expense | 13.71 | | | 0 |
| 12/20/2010' | 12/20/2010 Purchase TRUCK STOP 44 GILBERT SC | Business Expense | 36.62 | | | 0 |
| 12/20/2010' | 12/20/2010 Check Card 12/18/10 CB MT PLEASANT MT PLEASANT SC | Entertainment | 47.09 | | | 0 |
| 12/20/2010' | 12/20/2010 Purchase HARRIS TEETER Charleston SC | Food | 4.04 | | | 0 |
| 12/20/2010' | 12/20/2010 Purchase HARRIS TEETER Charleston SC | Food | 157.61 | | | 0 |
| 12/21/2010' | 12/21/2010 Check Card 12/21/10 SRR*SIRIUS RAD 888-539-7474 NY | Business Expense | 14.35 | | | 0 |
| 12/21/2010' | 12/21/2010 Foreign Refund San Jose CA | Business Expense - Refund | | 129.68 | | 0 |
| 12/21/2010' | 12/21/2010 Check Card 12/20/10 JOE PASTA CHARLESTON SC | Food | 73 | | | 0 |
| 12/21/2010' | 12/21/2010 WEB Transfer Withdrawal 50040953-D | Transfer | 450 | | | 0 |
| 12/22/2010' | 12/22/2010 Check Card 12/20/10 GERMAN AUTO RE NORTH CHARLE SC | Child Support | 482.5 | | | 0 |
| 12/23/2010' | 12/23/2010 Check Card 12/22/10 FEDEX 87261876 800-4633339 TN | Business Expense | 28.88 | | | 0 |
| 12/24/2010' | 12/24/2010 Purchase LOWE'S #661 CHARLESTON SC | Business Expense | 33.54 | | | 0 |
| 12/24/2010' | 12/24/2010 ACH DEPOSIT DYKG GOOGLE DEPOSIT | Business Income | | 153.01 | | 0 |
| 12/24/2010' | 12/24/2010 Purchase COSTCO WHSE #0 CHARLESTON SC | Food | 24.84 | | | 0 |
| 12/24/2010' | 12/24/2010 WEB Transfer Credit 50040953-D | Transfer | | 2.83 | | 0 |
| 12/27/2010' | 12/27/2010 OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 12/27/2010' | 12/27/2010 Check Card 12/24/10 BURRIS LIQUOR CHARLESTON SC | Business Expense | 52.71 | | | 0 |
| 12/27/2010' | 12/27/2010 Check Card 12/23/10 KANGAROO EXPRE CHARLESTON SC | Vehicle - Fuel | 10 | | | 0 |
| 12/28/2010' | 12/28/2010 Purchase U-Haul Moving CHARLESTON^2 SC | Business Expense | 105.75 | | | 0 |
| 12/28/2010' | 12/28/2010 ACH DEPOSIT DYKG GOOGLE DEPOSIT | Business Income | | 3244.95 | | 0 |
| 12/28/2010' | 12/28/2010 Check Card 12/24/10 SWEET 185 LLC 843-329-3500 SC | Health / Beauty / Pharmacuticals | 55 | | | 0 |
| 12/28/2010' | 12/28/2010 WEB Transfer Withdrawal 50040953-D | Transfer | 100 | | | 0 |
| 12/29/2010' | 12/29/2010 Check Card 12/28/10 BURRIS LIQUOR CHARLESTON SC | Business Expense | 104.97 | | | 0 |
| 12/29/2010' | 12/29/2010 Check Card 12/28/10 ODESK***BAL-28 650-8534100 CA | Business Expense | 51.64 | | | 0 |
| 12/29/2010' | 12/29/2010 CHECK NUMBER | Business Expense (Venue Rental) | 3100 | | 596 | 0 |
| 12/29/2010' | 12/29/2010 ACH DEPOSIT DYKG GOOGLE DEPOSIT | Business Income | | 487.2 | | 0 |
| 12/29/2010' | 12/29/2010 Check Card 12/28/10 GENTS CHARLESTON SC | Health / Beauty / Pharmacuticals | 80 | | | 0 |
| 12/29/2010' | 12/29/2010 Transfer Withdrawal | Transfer | 87 | | | 0 |
| 12/29/2010' | 12/29/2010 Purchase EXXONMOBIL CHARLEST SC | Vehicle - Fuel | 31.86 | | | 0 |
| 12/30/2010' | 12/30/2010 Check Card 12/29/10 FRIENDFINDER 610-7571929 CA | Business Expense | 29.95 | | | 0 |
| 12/31/2010' | 12/31/2010 Interest Paid | Interest Income | | 0.04 | | 0 |

Account Name: MOOLAH CHECKING
Account Number: 105178166
Date Range: 12/01/2010 - 01/28/2011

| | |
|---|---|
| Business Income | 11937.32 |
| Business Expenses | 19839.68 |
| Starting Balance | 662.92 |
| Ending Balance | 0.23 |

| Transaction Date | Description | Memo | Amount Debit | Amount Credit | Check Number | Fees | |
|---|---|---|---|---|---|---|---|
| 12/01/2010' | 12/1/2010 Check Card 11/29/10 GS MOTORSPORTS IRVING TX | Business Expense | 50 | | | | 0 |
| 12/01/2010' | 12/1/2010 Check Card 11/29/10 PAYPAL *MEDUSA 402-935-7733 CA | Business Expense | 70.75 | | | | 0 |
| 12/01/2010' | 12/1/2010 Check Card 12/01/10 VOICECONNECTIN 678-303-2750 GA | Business Expense | 21.7 | | | | 0 |
| 12/01/2010' | 12/1/2010 ACH DEPOSIT TRANSFER PAYPAL | Business Income | | 485 | | | 0 |
| 12/01/2010' | 12/1/2010 ACH DEPOSIT TRANSFER PAYPAL | Business Income | | 485 | | | 0 |
| 12/01/2010' | 12/1/2010 Check Card 11/29/10 SAFFRON CAFE A CHARLESTON SC | Food | 11 | | | | 0 |
| 12/02/2010' | 12/2/2010 Check Card 11/30/10 MCDONALD'S F69 COLUMBIA SC | Business Expense | 6.1 | | | | 0 |
| 12/02/2010' | 12/2/2010 Check Card 12/01/10 HUNTZMODELS PORTLAND OR | Business Expense | 15.95 | | | | 0 |
| 12/02/2010' | 12/2/2010 Check Card 12/01/10 MADISON GA TRV MADISON GA | Business Expense | 61.05 | | | | 0 |
| 12/02/2010' | 12/2/2010 Check Card 12/01/10 U-HAULSECOND A BESSEMER AL | Business Expense | 79.92 | | | | 0 |
| 12/02/2010' | 12/2/2010 Check Card 12/01/10 YAHOO *DOYOUK 800-318-0870 CA | Business Expense | 13.94 | | | | 0 |
| 12/02/2010' | 12/2/2010 WEB Transfer Withdrawal 50040953-D | Transfer | 800 | | | | 0 |
| 12/02/2010' | 12/2/2010 Check Card 12/01/10 AAA CAROLINAS CHARLOTTE NC | Vehicle - Maintainance | 109 | | | | 0 |
| 12/03/2010' | 12/3/2010 Check Card 12/01/10 RACEWAY901 OXFORD AL | Business Expense | 66.13 | | | | 0 |
| 12/03/2010' | 12/3/2010 Check Card 12/01/10 SLEEP INN BESSEMER AL | Business Expense | 62.69 | | | | 0 |
| 12/03/2010' | 12/3/2010 ACH DEPOSIT DYKG GOOGLE DEPOSIT | Business Income | | 485.2 | | | 0 |
| 12/03/2010' | 12/3/2010 Purchase BEST BUY #1120 CHARLESTON SC | Children - Birthday Gift - CDF | 161.24 | | | | 0 |
| 12/03/2010' | 12/3/2010 Check Card 12/01/10 ELLIS HOTEL ATLANTA GA | Food | 23 | | | | 0 |
| 12/03/2010' | 12/3/2010 Purchase COSTCO WHSE #0 CHARLESTON SC | Food | 121.5 | | | | 0 |
| 12/03/2010' | 12/3/2010 WEB Transfer Withdrawal 50040953-D | Transfer | 100 | | | | 0 |
| 12/06/2010' | 12/6/2010 Check Card 12/02/10 KOYAL WHOLESAL CORONA CA | Business Expense | 129.68 | | | | 0 |
| 12/06/2010' | 12/6/2010 Check Card 12/03/10 J J BUCKLEY LL 510-6325300 CA | Business Expense | 53.96 | | | | 0 |
| 12/06/2010' | 12/6/2010 Check Card 12/04/10 ODESK***BAL-04 650-8534100 CA | Business Expense | 71.01 | | | | 0 |
| 12/06/2010' | 12/6/2010 Purchase KANGAROO EXPRE LITTLE RIVER SC | Business Expense | 27.05 | | | | 0 |
| 12/06/2010' | 12/6/2010 ACH DEPOSIT TRANSFER PAYPAL | Business Income | | 486.01 | | | 0 |
| 12/06/2010' | 12/6/2010 Purchase Wal-Mart Super SHALLOTTE NC | Children - Birthday Gift - CDF | 9.67 | | | | 0 |
| 12/06/2010' | 12/6/2010 Check Card 12/02/10 D'ALLESANDRO'S CHARLESTON SC | Food | 27.09 | | | | 0 |
| 12/06/2010' | 12/6/2010 WEB Transfer Withdrawal 50040953-D | Transfer | 300 | | | | 0 |
| 12/06/2010' | 12/6/2010 Check Card 12/04/10 EXXONMOBIL CHARLESTON SC | Vehicle - Fuel | 29 | | | | 0 |
| 12/07/2010' | 12/7/2010 ACH DEPOSIT DYKG GOOGLE DEPOSIT | Business Income | | 533.75 | | | 0 |
| 12/07/2010' | 12/7/2010 Deposit Check | Business Income | | 38 | | | 0 |
| 12/07/2010' | 12/7/2010 Purchase Wal-Mart Store JAMES ISLAND SC | Children - Birthday Gift - CDF | 94.6 | | | | 0 |
| 12/08/2010' | 12/8/2010 ACH DEPOSIT DYKG GOOGLE DEPOSIT | Business Income | | 760.2 | | | 0 |
| 12/08/2010' | 12/8/2010 Purchase RACK ROOM SHOE CHARLESTON SC | Children - Birthday Gift - CDF | 37.61 | | | | 0 |
| 12/08/2010' | 12/8/2010 Check Card 12/07/10 OMALLEYS 800-0000000 SC | Food | 32.08 | | | | 0 |
| 12/08/2010' | 12/8/2010 Purchase RITE AID CORP. CHARLESTON SC | Health / Beauty / Pharmacuticals | 9.13 | | | | 0 |
| 12/09/2010' | 12/9/2010 Check Card 12/09/10 YAHOO *ENVIRO 800-318-0870 CA | Business Expense | 13.94 | | | | 0 |
| 12/09/2010' | 12/9/2010 Purchase HARRIS TEETER Charleston SC | Food | 61.76 | | | | 0 |
| 12/09/2010' | 12/9/2010 Check Card 12/08/10 KANGAROO EXPRE CHARLESTON SC | Vehicle - Fuel | 19.85 | | | | 0 |
| 12/10/2010' | 12/10/2010 Check Card 12/09/10 HUGHES LUMBER CHARLESTON SC | Business Expense | 8.58 | | | | 0 |
| 12/10/2010' | 12/10/2010 Check Card 12/09/10 ODESK***BAL-09 650-8534100 CA | Business Expense | 48.93 | | | | 0 |
| 12/10/2010' | 12/10/2010 ACH WITHDRAWAL SFPP STATE FARM RO 27 | Insurance | 177.28 | | | | 0 |
| 12/10/2010' | 12/10/2010 WEB Transfer Withdrawal 50040953-D | Transfer | 130 | | | | 0 |
| 12/13/2010' | 12/13/2010 Util Bill Pay Foreign SCANA Energy/B Columbia SC | Business Expense | 243.5 | | | | 0 |
| 12/13/2010' | 12/13/2010 Check Withdrawal | Business Expense (Venue Rental) | 2200 | | | | 0 |
| 12/13/2010' | 12/13/2010 ACH DEPOSIT TRANSFER PAYPAL | Business Income | | 1464 | | | 0 |
| 12/13/2010' | 12/13/2010 Check Card 12/10/10 SANTIS CHARLESTON SC | Food | 24.81 | | | | 0 |
| 12/13/2010' | 12/13/2010 WEB Transfer Credit 50040953-D | Transfer | | 288 | | | 0 |
| 12/13/2010' | 12/13/2010 WEB Transfer Withdrawal 50040953-D | Transfer | 144 | | | | 0 |
| 12/14/2010' | 12/14/2010 Check Card 12/12/10 CB MT PLEASANT MT PLEASANT SC | Entertainment | 20 | | | | 0 |
| 12/15/2010' | 12/15/2010 Wire Transfer Fee | Bank Fee | 12 | | | | 0 |
| 12/15/2010' | 12/15/2010 Wire Transfer Credit MICHAEL P SPRINTZ | Business Income | | 3000 | | | 0 |

Account Name: Debtor in Posession
Account Number: 810547003
Date Range: 11/04/2010 - 11/30/2010

Business Income 0
Business Expenses 0

Starting Balance 59.77
Ending Balance 59.77

| Transactioı Date | Description | Memo | Amount Debit | Amount Credit | Check Number | Fees |
|---|---|---|---|---|---|---|
| | *** No Transactions This Month *** | | | | | |

ACCOUNT STATEMENT

# First Federal

P.O. Box 118068 • Charleston, SC 29423

Temp-Return Service Requested

1FED

001035

Page 1

CHECKING CHOICE

Account Number
0050040953

NO INS

001035 0.6200 AT 0.357 TR00006

GEORGE W FISETTE
43 MARY ST
CHARLESTON SC 29403-6215

Statement Period: Dec 21 thru Jan 23 2011

| Beginning Balance | Additions | No. | Subtractions | No. | Ending Balance |
|---|---|---|---|---|---|
| 174.05- | 1,120.92 | 5 | 1,505.70 | 16 | 558.83- |

Beginning February 15, 2011, all First Federal Checking and Money Market accounts will receive the following changes to their account structure:

Overdraft / Returned Item (NSF) Fee - $35.00
Continuous Negative Balance Fee - $5.00 for every 7 calendar days that the account has a negative balance in excess of $40. (Up to a maximum of $25 charged per occurrence)

International Transaction Fee* - 2.00% (Effective 3/15/11)

*The International Transaction Fee is a 2% charge assessed on the dollar amount of ATM/ debit card transactions completed outside of the United States. Military personnel will receive a rebate of 1% of the fee amount; Premier Relationship Group clients will receive a rebate of .50% of the fee amount.

| TRANSACTION ACTIVITY | Deposits | Withdrawals | Balance |
|---|---|---|---|
| Dec 21 Beginning Balance | | | 174.05- |
| Dec 21 WEB Transfer Credit 105178166-D | 450.00 | | 275.95 |
| Dec 22 CHECK 10615 | | 250.00 | 25.95 |
| Dec 23 Check Card 12/22/10 HARDEES PAWLEYS ISLA SC | | 13.13 | 12.82 |
| Dec 24 WEB Transfer Withdrawal 105178166-D | | 2.83 | 9.99 |
| Dec 27 Check Card 12/24/10 DROPBOX 888-446-8396 CA | | 9.99 | .00 |
| Dec 28 WEB Transfer Credit 105178166-D | 100.00 | | 100.00 |
| Dec 29 Transfer Deposit | 87.00 | | 187.00 |
| Dec 30 Check Card 12/29/10 MCDONALD'S M29 LAUREL MD | | 1.06 | 185.94 |
| Dec 30 Check Card 12/29/10 MCDONALD'S M29 LAUREL MD | | 8.36 | 177.58 |
| Dec 30 Check Card 12/29/10 EXXONMOBIL RICHMOND VA | | 38.99 | 138.59 |
| Dec 30 Purchase EXXONMOBIL RICHMOND VA | | 6.18 | 132.41 |
| Dec 31 Check Card 12/29/10 M AND N CITGO SELMA NC | | 75.00 | 57.41 |
| Jan 3 WEB Transfer Withdrawal 105178166-D | | 49.17 | 8.24 |
| Jan 7 Deposit Check | 119.00 | | 127.24 |
| Jan 10 Check Card 01/07/11 IEG LLC 312-9441727 IL | | 114.00 | 13.24 |
| Jan 11 Deposit | 364.92 | | 378.16 |
| Jan 13 Purchase HARRIS TEETER Charleston SC | | 137.54 | 240.62 |
| Jan 14 Check Card 01/11/11 OMALLEYS CHARLESTON SC | | 30.00 | 210.62 |
| Jan 14 CHECK 10618 | | 687.50 | 476.88- |
| Jan 14 Overdraft Item Fee | | 32.00 | 508.88- |
| Jan 19 Check Card 01/13/11 TOLL FREE NUMB 809-6275383 NY | | 49.95 | 558.83- |

1FED-002-001035-001-001-110124 001035 K02
2940362154З

First Federal

CHECKING CHOICE

Account Number
0050040953

GEORGE W FISETTE
43 MARY ST
CHARLESTON SC 29403-6215

CHECKS PAID

| Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|
| 10615 | Dec 22 | 250.00 | 10618* | Jan 14 | 687.50 |

* Denotes missing check numbers

| PAID AND RETURNED ITEM TOTALS (EXCLUDING REFUNDS) | Total This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 32.00 | 32.00 |
| Total Returned Item Fees | .00 | .00 |

1FED-002-001035-001-001-110124 001035 K02



8105474003 15 T

GEORGE FISETTE
DEBTOR IN POSSESSION
CASE # 10-05566
517 KING STREET APT 11
CHARLESTON SC 29401

December 14, 2010 - January 12, 2011

**Account Number**
**8105474003**

Page 1 of 1
No enclosures

**Easy Checking** **Summary** **8105474003**

| **Previous Balance** | + **Deposits Credits** | - **Checks Debits** | - **Service Charges** | + **Interest Credits** | **New Balance** |
|---|---|---|---|---|---|
| 59.77 | 0.00 | 0.00 | 0.00 | 0.00 | 59.77 |

29 Days in Statement Period

**Overdraft and Returned Item Fees Summary**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Returned Item Fees | $0.00 | $0.00 |
| Total Overdraft Item Fees | $0.00 | $0.00 |
| Total Weekly Overdraft Fees | $0.00 | $0.00 |
| | | |

**Daily Balance Summary**

| *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|
| 12-14Beginning - Ending Balance | 59.77 | | |