**Form 917BNC**  (Revised 01/02/2008)

**United States Bankruptcy Court – District of South Carolina**
J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201−2423

Case Number:  10−05566−dd     Chapter:  11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*
George Walter Fisette
517 King Street # 11
Charleston, SC 29403

SSN: xxx−xx−1696

| Entered By The Court 2/1/11 | NOTICE OF INSUFFICIENT ORDER | Filed By The Court 02/01/11 Tammi M. Hellwig Clerk of Court US Bankruptcy Court |
|---|---|---|

To:  Mary R. Powers

Type of Order:   Proposed Order RE: 4001d Settlement for Payment and Modification of Automatic Stay

Your order as presented is insufficient for the reason checked below:

☐   name of debtor(s) should be inserted

☐   name of creditor should be inserted

☐   names, addresses, and phone numbers of parties should be inserted

☐   missing signature(s)

☐   attachments not present

☐   description of property to be released is insufficient

☑   per Chambers directions

"THIS IS A CHAPTER 11 CASE. THE ORDER MUST PROVIDE THAT NOTICE OF THE PARTIES AGREEMENT WAS GIVEN TO ALL CREDITORS PURSUANT TO RULE 4001D AND NO OBJECTIONS TO THE AGREEMENT WERE FILED."

Please resubmit another proposed order after the noted deficiency is cured. The resubmitted order shall not be considered an amended order.

Dated: February 1, 2011                                                Tammi M. Hellwig
                                                                       Clerk, US Bankruptcy Court

                                                                       By: B Mobley
                                                                       Deputy Clerk