# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: 10-05566-D

Settlement Order for Payment Schedule and Modification of Automatic Stay

The relief set forth on the following pages, for a total of 4 pages including this page, is hereby **ORDERED**.

---

**FILED BY THE COURT**
**02/03/2011**



_David R. Duncan_
US Bankruptcy Judge
District of South Carolina

Entered: 02/04/2011

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>George Walter Fisette<br><br>DEBTOR(S). | CHAPTER 11<br>CASE NO.: 10-05566-D<br><br>SETTLEMENT ORDER<br>FOR PAYMENT SCHEDULE<br>AND MODIFICATION OF AUTOMATIC STAY |

311671-01085

      This matter comes before the Court pursuant to the motion of JPMorgan Chase Bank, National Association ("Movant"), seeking the lifting of the stay as to Debtors, and the security given by Debtors to Movant located at 43 Mary Street, Charleston, SC 29403. A hearing was scheduled for January 18, 2011. The grounds of the motion were that Debtor's failure to make payments pursuant to Debtor's note and mortgage was a material default which entitled Movant to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)1.

      Prior to the hearing on the motion, the Court was advised that the parties had reached an agreement resolving the Motion. Debtor and Movant have agreed upon a payment schedule set forth below and an agreement to modify the stay upon an ex parte showing by affidavit of the default in the payment schedule. The agreement is reasonable and should be incorporated into the terms of this Order.

      (1)    Debtor will pay $1,933.00 on or before January 20, 2011, directly to JPMorgan Chase.

      (2)    Debtor shall pay $1,933.00 on the first of each month, beginning February 1, 2011, as adequate protection payments to JPMorgan Chase until the effective date of a confirmed Chapter 11 Plan.

      (2)    Debtor will propose a Chapter 11 Plan, which provides for the claim of JPMorgan Chase, valued at $350,000.00, to be paid monthly for a period of 96 months (8 years) at a rate that would equal said value amortized over thirty (30) years with 5.25% interest.

      (3)    At the conclusion of the 96 month period, any balance remaining on the loan will be due and payable ("balloon payment").

(4) Debtor shall maintain hazard insurance on the property and pay the property taxes as they become due.

(5) **All payments shall be paid directly to Chase Home Finance LLC, 3415 Vision Drive, Mail Code OH4-7133, Columbus, OH 43219, (Loan No.: 0082782624).**

(6) Should debtor default under the terms of this settlement order and a subsequent order granting relief from stay is entered, such order granting relief from stay shall supersede any terms proposed in a Chapter 11 Plan, and the loan of JPMorgan Chase is reinstated to its original terms, permitting JPMorgan Chase to foreclosure its interest under the original terms of the Note and Mortgage.

(7) Notice of the parties' agreement was given to all creditors pursuant to Rule 4001(d) and no objections to the agreement were filed.

IT IS FURTHER ORDERED THAT should the Debtor fail to make the payments described above or any subsequent regular payments within fifteen (15) days from the due date, upon an ex parte showing by affidavit of that default and a proposed order, Movant shall automatically be entitled to relief from the stay so that it can proceed with its state court remedies against its security, including making demand for payment in the amount due. The ex parte provision expires two (2) years from the date of entry of this Order.  Movant shall report to this Court any funds received as a result of a lawful disposition of the real property in excess of its total indebtedness plus any other valid lien against the subject property.  The Movant agrees to waive any claim arising under 11 U.S.C. §503(b) or §507(b) as a result of this Order.  Movant further acknowledges that any funds realized in excess of all liens, costs, and expenses, will be paid to the trustee.

I certify that this order contains a true and complete statement of the agreed upon terms of settlement between the parties.

/s/ Mary R. Powers
Samuel C. Waters, ID #4539
Cheryl H. Fisher, ID #7451
Reginald P. Corley, ID #7832
Jennifer W. Rubin, ID #7540
Mary R. Powers (I.D. 9121)
William S. Koehler (I.D. 9912)
Attorneys for Movant
P.O. Box 100200
Columbia, SC  29202
(803) 744-4444