# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

In re:

George Walter Fisette,

                Debtor.

Case No. 10-05566-dd
Chapter 11

## OBJECTION OF UNITED STATES TRUSTEE TO DISCLOSURE STATEMENT AND TO CONFIRMATION OF PLAN

The United States Trustee (the UST) objects to the debtor's disclosure statement filed on February 1, 2011, and to confirmation of the debtor's plan filed that same date. This objection is filed pursuant to 28 U.S.C. § 586 and 11 U.S.C. § 307. The disclosure statement does not contain "adequate information" as that term is defined at 11 U.S.C. § 1125(a), and the proposed plan does not comply with 11 U.S.C. § 1129 in the following respects:

1. The disclosure statement says that the Court has not conditionally approved it. The Court has conditionally approved the disclosure statement.

2. The disclosure statement contains incorrect language regarding post-confirmation modification.

3. The disclosure statement and plan contain inconsistent language regarding how much the debtor proposes to pay to non-priority unsecured creditors (2% v. 5%).

4. The disclosure statement contains an insufficient description of the debt of Class 2A. The debt clearly appears to be the kind requiring a balloon payment contrary to the language continued in the proposed plan.

5. The plan contains bank account statements with full bank account numbers (no redaction).

6. The debtor has not filed a monthly operating report for January 2011.

7. The disclosure statement should contain information showing if the debtor can meet the requirements of 11 U.S.C. § 1129(a)(15).

8. The debtor has not responded to the UST's repeated requests for information regarding certain transactions reflected in the debtor's First Federal checking accounts ending in 8156 and 0953: 10-13-10 (Google deposit); 10-19-10 (Google deposit); 10-8 thru 10-12-10 (PayPal transfers); 10-12-10 (Scenic Wolf); and 10-15-10 ($7500 withdrawal). The disclosure statement should contain this information.

The UST asks the Court to consider his objection and to deny final approval of the debtor's disclosure statement and confirmation of the debtor's plan unless the above-stated objections are cured or properly addressed.

        W. CLARKSON MCDOW, JR.
        United States Trustee
        Region Four

        By: /s/ John T. Stack
        John T. Stack
        Trial Attorney
        Dist. Ct. I.D. No. 4272
        1835 Assembly Street, Rm. 953
        Columbia, South Carolina 29201
        (803) 765-5218
        John.T.Stack@usdoj.gov

Date:   3-7-11

## CERTIFICATE OF SERVICE

I, John T. Stack, do hereby certify that on March 7, 2011, I served the below-named documents upon the parties listed below by First-Class United States Mail, postage prepaid, with return address clearly shown, as designated below.

    OBJECTION TO DISCLOSURE STATEMENT AND OBJECTION TO
        CONFIRMATION OF PLAN
    CERTIFICATE OF SERVICE

D. Nathan Davis, Esquire
711-A St. Andrews Blvd.
Charleston, SC 29407

George Walter Fisette
517 King Street # 11
Charleston, SC 29403

    /s/ John T. Stack
John T. Stack
Trial Attorney
Department of Justice
Office of the United States Trustee
Dist. Ct. I. D. No. 4272
1835 Assembly Street, Ste. 953
Columbia, SC 29201
(803) 765-5218
john.t.stack@usdoj.gov

Date:    3-7-11