B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re   George Walter Fisette                     ,           Case No.  10-05566-dd
         *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   January 2011                              Date filed:  3-9-11

Line of Business:   Production Company             NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*[signature]*

Original Signature of Responsible Party

George Walter Fisette

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME?  No employees | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH?  Debtor is in the process of switching bank accounts. | ☐ | ☒ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☒ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL INCOME** | $ | 7,727.91 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 1,001.57 |
| Cash on Hand at End of Month | $ | 2,770.74 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  **TOTAL** | $ | 2,770.74 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 3,244.53 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 7,727.91 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 3,244.53 |
| *(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** | $ | 4,483.38 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  | TOTAL PAYABLES | $ | 0.00 |
|---|---|---|---|

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  | TOTAL RECEIVABLES | $ | 0.00 |
|---|---|---|---|

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 22,267.00 | $ 7,727.91 | $ 14,539.09 |
| EXPENSES | $ 17,519.56 | $ 3,244.53 | $ 14,275.03 |
| CASH PROFIT | $ 4,747.44 | $ 4,483.38 | $ 264.06 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 22,267.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 17,519.56 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 4,747.44 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

**Chapter 11 Sumary Report**

| **Report Date** | Dec, 2010 | Jan, 2011 |
|---|---:|---:|
| **Total Business Income** | | |
| FF-8166 | 11,937.32 | 7,243.30 |
| FF-0953 | 686.56 | 484.61 |
| DIP | - | - |
| | 12,623.88 | 7,727.91 |
| **Cash on Hand - Start of Month** | | |
| FF-8166 | 662.92 | 0.23 |
| FF-0953 | 796.42 | 941.57 |
| DIP | 59.77 | 59.77 |
| | 1,519.11 | 1,001.57 |
| **Cash on Hand - End of Month** | | |
| FF-8166 | 0.23 | 147.23 |
| FF-0953 | 941.57 | 2,563.74 |
| DIP | 59.77 | 59.77 |
| | 1,001.57 | 2,770.74 |
| **Total Business Expenses** | | |
| FF-8166 | 8,780.32 | 2,288.13 |
| FF-0953 | 598.96 | 956.40 |
| DIP | - | - |
| | 9,379.28 | 3,244.53 |
| **Income For The Month** | 14,142.99 | 8,729.48 |
| **Expense for The Month** | 9,379.28 | 3,244.53 |
| **Cash Profit For The Month** | 4,763.71 | 5,484.95 |

Account Name: CHECKING CHOICE  
Account Number: 50040953  
Date Range: 01/01/2011 - 01/31/2011

| | | Business Income | 484.61 | Starting Balance | 941.57 |
| | | Business Expenses | 956.40 | Ending Balance | 2563.74 |

| Transaction Date | Date | Description | Memo | Amount Debit | Amount Credit | Check Number | Fees |
|---|---|---|---|---|---|---|---|
| 01/03/2011 | 1/3/2011 | WEB Transfer Withdrawal 105178166-D | Transfer | 49.17 | | | 0 |
| 01/07/2011 | 1/7/2011 | Deposit Check | Business Income | | 119 | | 0 |
| 01/10/2011 | 1/10/2011 | Check Card 01/07/11 IEG LLC 312-9441727 IL | Business Expense | 114 | | | 0 |
| 01/11/2011 | 1/11/2011 | Deposit | Business Income | | 364.92 | | 0 |
| 01/13/2011 | 1/13/2011 | Purchase HARRIS TEETER Charleston SC | Food | 137.54 | | | 0 |
| 01/14/2011 | 1/14/2011 | OVERDRAFT ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/14/2011 | 1/14/2011 | CHECK NUMBER | Child Support | 687.5 | | 10618 | 0 |
| 01/14/2011 | 1/14/2011 | Check Card 01/11/11 OMALLEYS CHARLESTON SC | Food | 30 | | | 0 |
| 01/19/2011 | 1/19/2011 | Check Card 01/13/11 TOLL FREE NUMB 809-6275383 NY | Business Expense | 49.95 | | | 0 |
| 01/25/2011 | 1/25/2011 | ACH DEPOSIT PE PRODUCT GOOGLE DEPOSIT | Business Income | | 0.69 | | 0 |
| 01/27/2011 | 1/27/2011 | Purchase USPS 451488024 CHARLESTON SC | Business Expense | 31.65 | | | 0 |
| 01/27/2011 | 1/27/2011 | CHECK NUMBER | Child Support | 1250 | | 10619 | 0 |
| 01/27/2011 | 1/27/2011 | WEB Transfer Credit 105178166-D | Transfer | | 2000 | | 0 |
| 01/27/2011 | 1/27/2011 | WEB Transfer Credit 105178166-D | Transfer | | 3000 | | 0 |
| 01/28/2011 | 1/28/2011 | Check Card 01/28/11 COMCAST OF CHA 800-COMCAST SC | Business Expense | 521.45 | | | 0 |
| 01/28/2011 | 1/28/2011 | Check Card 01/28/11 YAHOO *ENVIRO 800-318-0870 CA | Business Expense | 13.94 | | | 0 |
| 01/28/2011 | 1/28/2011 | WEB Transfer Withdrawal 105178166-D | Transfer | 125 | | | 0 |
| 01/31/2011 | 1/31/2011 | Check Card 01/28/11 YAHOO *DOYOUK 800-318-0870 CA | Business Expense | 27.88 | | | 0 |
| 01/31/2011 | 1/31/2011 | Check Card 01/30/11 YAHOO *BURLES 800-318-0870 CA | Business Expense | 9.95 | | | 0 |
| 01/31/2011 | 1/31/2011 | Check Card 01/30/11 YAHOO *BURLES 800-318-0870 CA | Business Expense | 18.6 | | | 0 |
| 01/31/2011 | 1/31/2011 | Check Card 01/30/11 YAHOO *GEORGE 800-318-0870 CA | Business Expense | 9.95 | | | 0 |
| 01/31/2011 | 1/31/2011 | Check Card 01/30/11 YAHOO *NEWORL 800-318-0870 CA | Business Expense | 9.95 | | | 0 |
| 01/31/2011 | 1/31/2011 | Check Card 01/30/11 YAHOO *PROFES 800-318-0870 CA | Business Expense | 9.95 | | | 0 |
| 01/31/2011 | 1/31/2011 | Purchase LOWE'S #539 MT PLEASANT SC | Business Expense | 73.98 | | | 0 |
| 01/31/2011 | 1/31/2011 | Purchase LOWE'S #661 CHARLESTON SC | Business Expense | 33.15 | | | 0 |
| 01/31/2011 | 1/31/2011 | ATM W/D 8 CHARLOTTE ST CHARLESTON SC | Cash | 200 | | | 0 |
| 01/31/2011 | 1/31/2011 | ATM W/D Foreign 32 ANN ST Charleston SC | Cash | 103 | | | 0 |
| 01/31/2011 | 1/31/2011 | Check Card 01/28/11 D'ALLESANDRO'S CHARLESTON SC | Food | 22.45 | | | 0 |
| 01/31/2011 | 1/31/2011 | Purchase HARRIS TEETER Charleston SC | Food | 26.51 | | | 0 |
| 01/31/2011 | 1/31/2011 | Purchase HARRIS TEETER Charleston SC | Food | 157.98 | | | 0 |
| 01/31/2011 | 1/31/2011 | Purchase PIGGLY WIGGLY CHARLESTON SC | Food | 6.44 | | | 0 |
| 01/31/2011 | 1/31/2011 | Check Card 01/27/11 ARROW CLEANERS 843-7233087 SC | Laundry / Dry Cleaning | 90.4 | | | 0 |
| 01/31/2011 | 1/31/2011 | Check Card 01/29/11 SHELL OIL 5754 CHARLESTON SC | Vehicle - Fuel | 20.05 | | | 0 |

Account Name: MOOLAH CHECKING
Account Number: 105178166
Date Range: 01/01/2011 - 01/31/2011

Business Income    7,243.30   Starting Balance   0.23
Business Expenses   2,288.13   Ending Balance   147.23

| Transaction Date | Date | Description | Memo | Amount Debit | Amount Credit | Check Nur | Fees |
|---|---|---|---|---|---|---|---|
| 01/03/2011 | 1/3/2011 | WEB WITHDRAWAL INST XFER PAYPAL | Business Expense | 49.4 | | | 0 |
| 01/03/2011 | 1/3/2011 | WEB Transfer Credit 50040953-D | Transfer | | 49.17 | | 0 |
| 01/04/2011 | 1/4/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/04/2011 | 1/4/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/05/2011 | 1/5/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/07/2011 | 1/7/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/07/2011 | 1/7/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/07/2011 | 1/7/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/07/2011 | 1/7/2011 | Check Card 01/05/11 HUNTZMODELS PORTLAND OR | Business Expense | 15.95 | | | 0 |
| 01/07/2011 | 1/7/2011 | Check Card 01/05/11 ODESK***BAL-05 650-8534100 CA | Business Expense | 34.35 | | | 0 |
| 01/10/2011 | 1/10/2011 | CHECK NUMBER | Business Expense | 28.8 | | 598 | 0 |
| 01/11/2011 | 1/11/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/11/2011 | 1/11/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/12/2011 | 1/12/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/14/2011 | 1/14/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/14/2011 | 1/14/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/18/2011 | 1/18/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/18/2011 | 1/18/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/19/2011 | 1/19/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/21/2011 | 1/21/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/21/2011 | 1/21/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/21/2011 | 1/21/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/24/2011 | 1/24/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/25/2011 | 1/25/2011 | RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 01/25/2011 | 1/25/2011 | REVERSE RETURNED ITEM FEE | Bank Fee | | 32 | | 0 |
| 01/25/2011 | 1/25/2011 | Check Card 01/23/11 ODESK***BAL-23 650-8534100 CA | Business Expense | 62.6 | | | 0 |
| 01/26/2011 | 1/26/2011 | Deposit Check | Business Income (Caliente Resorts) | | 7097.95 | | 0 |
| 01/27/2011 | 1/27/2011 | WEB WITHDRAWAL TRANSFER PAYPAL | Business Expense | 192.27 | | | 0 |
| 01/27/2011 | 1/27/2011 | WEB WITHDRAWAL TRANSFER PAYPAL | Business Expense | 1000 | | | 0 |
| 01/27/2011 | 1/27/2011 | WEB Transfer Withdrawal 50040953-D | Transfer | 2000 | | | 0 |
| 01/27/2011 | 1/27/2011 | WEB Transfer Withdrawal 50040953-D | Transfer | 3000 | | | 0 |
| 01/27/2011 | 1/27/2011 | CHECK NUMBER | Water & Sewer | 170 | | 514 | 0 |
| 01/28/2011 | 1/28/2011 | Utl Bill Pay Foreign 2211 North Fir San Jose CA | Business Expense | 126.76 | | | 0 |
| 01/28/2011 | 1/28/2011 | ACH DEPOSIT PE PRODUCT GOOGLE DEPOSIT | Business Income | | 96.9 | | 0 |
| 01/28/2011 | 1/28/2011 | Check Card 01/28/11 SIRIUSXM.COM* 888-539-7474 NY | Entertainment | 14.35 | | | 0 |
| 01/28/2011 | 1/28/2011 | WEB Transfer Credit 50040953-D | Transfer | | 125 | | 0 |
| 01/31/2011 | 1/31/2011 | ACH DEPOSIT PE PRODUCT GOOGLE DEPOSIT | Business Income | | 48.45 | | 0 |
| 01/31/2011 | 1/31/2011 | Interest Paid | Interest Income | | 0.01 | | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account Name: Debtor in Posession | | | Business Income | | 0 Starting Balance | | 59.77 |
| Account Number: 810547003 | | | Business Expenses | | 0 Ending Balance | | 59.77 |
| Date Range: 1/01/2011 - 1/31/2011 | | | | | | | |
| Transaction Number | Date | Description | Memo | Amount Debit | Amount Credit | Check Number | Fees |

*** No Transactions This Month ***



**CAROLINA FIRST**
Carolina First Bank is a trade name of TD Bank, N.A.

8105474003  15  T

GEORGE FISETTE
DEBTOR IN POSSESSION
CASE # 10-05566
517 KING STREET APT 11
CHARLESTON SC 29401

Account Number
8105474003

Page 1 of 1
No enclosures

December 14, 2010 - January 12, 2011

## Easy Checking Summary  8105474003

| Previous Balance | + | Deposits Credits | - | Checks Debits | - | Service Charges | + | Interest Credits | | New Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 59.77 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 59.77 |

29 Days in Statement Period

## Overdraft and Returned Item Fees Summary

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Returned Item Fees | $0.00 | $0.00 |
| Total Overdraft Item Fees | $0.00 | $0.00 |
| Total Weekly Overdraft Fees | $0.00 | $0.00 |

## Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 12-14 Beginning - Ending Balance | 59.77 | | |

**First Federal**
P.O. Box 118068 • Charleston, SC 29423
Temp-Return Service Requested

1FED-002-006042-001-001-110202  006042  K04
29403621543

1FED

GEORGE W FISETTE
43 MARY ST
CHARLESTON SC 29403-6215

006042 0.6200 AV 0.335       TR000021

NO INS

006042

## ACCOUNT STATEMENT

Page 1

MOOLAH CHECKING
Account Number 0105178166

Statement Period: Jan 1 thru Jan 31 2011

| Beginning Balance | Additions | No. | Subtractions | No. | Ending Balance |
|---|---|---|---|---|---|
| .23 | 7,417.48 | 6 | 7,270.48 | 30 | 147.23 |

Beginning February 15, 2011, all First Federal Checking and Money Market accounts will receive the following changes to their account structure:

Overdraft / Returned Item (NSF) Fee - $35.00
Continuous Negative Balance Fee - $5.00 for every 7 calendar days that the account has a negative balance in excess of $40. (Up to a maximum of $25 charged per occurrence)

International Transaction Fee* - 2.00% (Effective 3/15/11)

*The International Transaction Fee is a 2% charge assessed on the dollar amount of ATM/ debit card transactions completed outside of the United States. Military personnel will receive a rebate of 1% of the fee amount; Premier Relationship Group clients will receive a rebate of .50% of the fee amount.

NOTICE OF CHANGES IN TEMPORARY FDIC INSURANCE COVERAGE FOR TRANSACTION ACCOUNTS

All funds in a "noninterest-bearing transaction account" are insured in full by the Federal Deposit Insurance Corporation from December 31, 2010, through December 31, 2012. This temporary unlimited coverage is in addition to, and separate from, the coverage of at least $250,000 available to depositors under the FDIC's general deposit insurance rules.

The term "noninterest-bearing transaction account" includes a traditional checking account or demand deposit account on which the insured depository institution pays no interest. It does not include other accounts, such as traditional checking or demand deposit accounts that may earn interest, NOW accounts, money-market deposit accounts, and Interest on Lawyers Trust Accounts ("IOLTAs").

For more information about temporary FDIC insurance coverage of transaction accounts, visit www.fdic.gov <http://www.fdic.gov/index.html>.

### TRANSACTION ACTIVITY

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Jan 1 | Beginning Balance | | | .23 |
| Jan 3 | WEB Transfer Credit 50040953-D | 49.17 | | 49.40 |
| Jan 5 | WEB WITHDRAWAL, INST XFER PAYPAL | | 49.40 | .00 |
| Jan 5 | Returned Item Fee | | 32.00 | 32.00- |
| Jan 6 | Returned Item Fee | | 32.00 | 64.00- |
| Jan 7 | Returned Item Fee | | 32.00 | 96.00- |
| Jan 7 | Check Card 01/05/11 HUNTZMODELS PORTLAND OR | | 15.95 | 111.95- |
| Jan 7 | Check Card 01/05/11 ODESK***BAL-05 650-8534100 CA | | 34.35 | 146.30- |
| Jan 7 | Overdraft/Returned Item Fee | | 32.00 | 178.30- |
| Jan 10 | CHECK 598 | | 28.80 | 207.10- |
| Jan 10 | Returned Item Fee | | 32.00 | 239.10- |

TELEBANKER 843-529-9100 OR 800-274-2274

# First Federal

MOOLAH CHECKING
Account Number
0105178166

Page 2

GEORGE W FISETTE
43 MARY ST
CHARLESTON SC 29403-6215

## TRANSACTION ACTIVITY

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Jan 10 | Returned Item Fee | | 32.00 | 271.10- |
| Jan 12 | Returned Item Fee | | 32.00 | 303.10- |
| Jan 12 | Returned Item Fee | | 32.00 | 335.10- |
| Jan 13 | Returned Item Fee | | 32.00 | 367.10- |
| Jan 18 | Returned Item Fee | | 32.00 | 399.10- |
| Jan 18 | Returned Item Fee | | 32.00 | 431.10- |
| Jan 19 | Returned Item Fee | | 32.00 | 463.10- |
| Jan 19 | Returned Item Fee | | 32.00 | 495.10- |
| Jan 20 | Returned Item Fee | | 32.00 | 527.10- |
| Jan 24 | Returned Item Fee | | 32.00 | 559.10- |
| Jan 24 | Returned Item Fee | | 32.00 | 591.10- |
| Jan 24 | Returned Item Fee | | 32.00 | 623.10- |
| Jan 25 | Returned Item Fee | | 62.60 | 685.70- |
| Jan 25 | Check Card 01/23/11 ODESK***BAL-23 650-8534100 CA | | 32.00 | 717.70- |
| Jan 26 | Deposit Check | 7,097.95 | | 6,380.25 |
| Jan 27 | WEB WITHDRAWAL TRANSFER PAYPAL | | 192.27 | 6,187.98 |
| Jan 27 | WEB WITHDRAWAL TRANSFER PAYPAL | | 1,000.00 | 5,187.98 |
| Jan 27 | WEB Transfer Withdrawal 50040953-D | | 2,000.00 | 3,187.98 |
| Jan 27 | WEB Transfer Withdrawal 50040953-D | | 3,000.00 | 187.98 |
| Jan 27 | CHECK 514 | | 170.00 | 17.98 |
| Jan 28 | ACH DEPOSIT    PE PRODUCT GOOGLE DEPOSIT | 96.90 | | 114.88 |
| Jan 28 | WEB Transfer Credit 50040953-D | 125.00 | | 239.88 |
| Jan 28 | Check Card 01/28/11 SIRIUSXM.COM* 888-539-7474 NY | | 14.35 | 225.53 |
| Jan 28 | Utl Bill Pay Foreign 2211 North Fir San Jose CA | | 126.76 | 98.77 |
| Jan 31 | ACH DEPOSIT    PE PRODUCT GOOGLE DEPOSIT | 48.45 | | 147.22 |
| Jan 31 | Interest Paid | .01 | | 147.23 |

## CHECKS PAID

| Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|
| 514 | Jan 27 | 170.00 | 598* | Jan 10 | 28.80 |

* Denotes missing check numbers

## PAID AND RETURNED ITEM TOTALS (EXCLUDING REFUNDS)

| | Total This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 32.00 | 32.00 |
| Total Returned Item Fees | 544.00 | 544.00 |

## INTEREST EARNED

| Annual Percentage Yield | Average Daily Balance | Days in Period | Interest Earned | Current rate (Rate subject to change) |
|---|---|---|---|---|
| .058 | $214.28 | 31 | .01 | .058 |