B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  George Walter Fisette                    ,          Case No.  10-05566-dd
         *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  February 2011                              Date filed:  3-9-11

Line of Business:  Production Company              NAISC Code:  _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ George Walter Fisette_
Original Signature of Responsible Party

George Walter Fisette
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME?  No employees | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH?  Debtor is in the process of switching bank accounts. | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

Page 2

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL INCOME** | $ | 11,242.01 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 2,770.74 |
| Cash on Hand at End of Month | $ | 3,307.76 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 3,307.76 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 10,082.44

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 11,242.01 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 10,082.44 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 1,159.57 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 22,267.00 | $ 11,242.01 | $ 11,024.99 |
| EXPENSES | $ 17,519.56 | $ 10,082.44 | $ 7,437.12 |
| CASH PROFIT | $ 4,747.44 | $ 1,159.57 | $ 3,587.87 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 22,267.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 17,519.56

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 4,747.44

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

**Chapter 11 Sumary Report**

| Report Date | Dec, 2010 | Jan, 2011 | Feb, 2011 |
|---|---|---|---|
| **Total Business Income** | | | |
| FF-8166 | 11,937.32 | 7,243.30 | 10,326.01 |
| FF-0953 | 686.56 | 484.61 | 916.00 |
| DIP | - | - | - |
| | 12,623.88 | 7,727.91 | 11,242.01 |
| **Cash on Hand - Start of Month** | | | |
| FF-8166 | 662.92 | 0.23 | 147.23 |
| FF-0953 | 796.42 | 941.57 | 2,563.74 |
| DIP | 59.77 | 59.77 | 59.77 |
| | 1,519.11 | 1,001.57 | 2,770.74 |
| **Cash on Hand - End of Month** | | | |
| FF-8166 | 0.23 | 147.23 | 669.12 |
| FF-0953 | 941.57 | 2,563.74 | 2,578.87 |
| DIP | 59.77 | 59.77 | 59.77 |
| | 1,001.57 | 2,770.74 | 3,307.76 |
| **Total Business Expenses** | | | |
| FF-8166 | 8,780.32 | 2,288.13 | 7,214.57 |
| FF-0953 | 598.96 | 956.40 | 2,867.87 |
| DIP | - | - | - |
| | 9,379.28 | 3,244.53 | 10,082.44 |
| **Income For The Month** | 14,142.99 | 8,729.48 | 14,012.75 |
| **Expense for The Month** | 9,379.28 | 3,244.53 | 10,082.44 |
| **Cash Profit For The Month** | 4,763.71 | 5,484.95 | 3,930.31 |

Account Name: MOOLAH CHECKING  
Account Number: 105178166  
Date Range: 02/01/2011 - 02/28/2011

Business Income 10326.01 Starting Balance 147.23  
Business Expenses 7214.57 Ending Balance 669.12

| Transaction Number | Date | Description | Memo | Amount Debit | Amount Credit | Check Number | Fees |
|---|---|---|---|---|---|---|---|
| 02/01/2011*132.96' | 2/1/2011 | Check Card 01/31/11 ODESK***BAL-31 650-8534100 CA | Business Expense | 132.96 | | | 0 |
| 02/01/2011*96.90*5 | 2/1/2011 | ACH DEPOSIT PE PRODUCT GOOGLE DEPOSIT | Business Income | | 96.9 | | 0 |
| 02/02/2011*15.95*1 | 2/2/2011 | Check Card 02/01/11 HUNTZMODELS PORTLAND OR | Business Expense | 15.95 | | | 0 |
| 02/02/2011*43.40*1 | 2/2/2011 | Check Card 02/02/11 VOICECONNECTIN 678-303-2750 GA | Business Expense | 43.4 | | | 0 |
| 02/02/2011*213.30' | 2/2/2011 | ACH DEPOSIT PE PRODUCT GOOGLE DEPOSIT | Business Income | | 213.3 | | 0 |
| 02/03/2011*29.95*4 | 2/3/2011 | Check Card 02/01/11 FRIENDFINDER 610-7571929 CA | Business Expense | 29.95 | | | 0 |
| 02/03/2011*10.00*1 | 2/3/2011 | Utl Bill Pay Foreign 2211 North Fir San Jose CA | Business Expense | 10 | | | 0 |
| 02/03/2011*75.00*1 | 2/3/2011 | Utl Bill Pay Foreign 2211 North Fir San Jose CA | Business Expense | 75 | | | 0 |
| 02/04/2011*30.00*1 | 2/4/2011 | Check Card 02/04/11 FACEBOOK.COM*A 650-543-7818 CA | Business Expense | 30 | | | 0 |
| 02/07/2011*30.50*1 | 2/7/2011 | Purchase RITE AID CORP. CHARLESTON SC | Health / Beauty / Pharmaceuticals | 30.5 | | | 0 |
| 02/08/2011*4.00*13 | 2/8/2011 | Check Card 02/07/11 BACKPAGE.COM 866-4566877 AZ | Business Expense | 4 | | | 0 |
| 02/08/2011*5.00*13 | 2/8/2011 | Check Card 02/07/11 BACKPAGE.COM 866-4566877 AZ | Business Expense | 5 | | | 0 |
| 02/08/2011*6.00*13 | 2/8/2011 | Check Card 02/07/11 BACKPAGE.COM 866-4566877 AZ | Business Expense | 6 | | | 0 |
| 02/08/2011*22.22*1 | 2/8/2011 | Check Card 02/07/11 BACKPAGE.COM 866-4566877 AZ | Business Expense | 22.22 | | | 0 |
| 02/08/2011*28.93*1 | 2/8/2011 | Check Card 02/07/11 BACKPAGE.COM 866-4566877 AZ | Business Expense | 28.93 | | | 0 |
| 02/08/2011*79.00*1 | 2/8/2011 | Utl Bill Pay Foreign 2211 North Fir San Jose CA | Business Expense | 79 | | | 0 |
| 02/08/2011*287.57' | 2/8/2011 | ACH DEPOSIT PE PRODUCT GOOGLE DEPOSIT | Business Income | | 287.57 | | 0 |
| 02/08/2011*83.96*5 | 2/8/2011 | Deposit Check | Business Income | | 83.96 | | 0 |
| 02/09/2011*56.18*1 | 2/9/2011 | Purchase USPS 451468024 CHARLESTON SC | Business Expense | 56.18 | | | 0 |
| 02/10/2011*139.99' | 2/10/2011 | Check Card 02/09/11 MSCN-FRND 800-776-5173 OR | Business Expense | 139.99 | | | 0 |
| 02/10/2011*298.00' | 2/10/2011 | Utl Bill Pay Foreign 2211 North Fir San Jose CA | Business Expense | 298 | | | 0 |
| 02/10/2011*270.38' | 2/10/2011 | ACH DEPOSIT PE PRODUCT GOOGLE DEPOSIT | Business Income | | 270.38 | | 0 |
| 02/11/2011*125.63' | 2/11/2011 | ACH DEPOSIT PE PRODUCT GOOGLE DEPOSIT | Business Income | | 125.63 | | 0 |
| 02/14/2011*48.25*5 | 2/14/2011 | ACH DEPOSIT PE PRODUCT GOOGLE DEPOSIT | Business Income | | 48.25 | | 0 |
| 02/14/2011*8.18*13 | 2/14/2011 | Purchase RITE AID CORP. CHARLESTON SC | Health / Beauty / Pharmaceuticals | 8.18 | | | 0 |
| 02/15/2011*125.00' | 2/15/2011 | Utl Bill Pay Foreign 2211 North Fir San Jose CA | Business Expense | 125 | | | 0 |
| 02/15/2011*40.00*1 | 2/15/2011 | Check Card 02/14/11 GENTS CHARLESTON SC | Health / Beauty / Pharmaceuticals | 40 | | | 0 |
| 02/22/2011*20.00*1 | 2/22/2011 | ATM W/D 6 CHARLOTTE ST CHARLESTON SC | Cash | 20 | | | 0 |
| 02/23/2011*17.00*2 | 2/23/2011 | Wire Transfer Fee | Bank Fee | 17 | | | 0 |
| 02/23/2011*26.90*1 | 2/23/2011 | Check Card 02/21/11 DRUM BUM 804-2731353 VA | Business Expense | 26.9 | | | 0 |
| 02/23/2011*4000.0( | 2/23/2011 | Wire Transfer Debit ALFRED MESHCON | Business Expense (Prop Fabricati | 4000 | | | 0 |
| 02/23/2011*200.00' | 2/23/2011 | Transfer Deposit | Business Income | | 200 | | 0 |
| 02/23/2011*4000.0( | 2/23/2011 | Deposit Cash | Business Income (L. Keenan) | | 4000 | | 0 |
| 02/23/2011*78.00*1 | 2/23/2011 | WEB WITHDRAWAL PE PRODUCT GOOGLE DEPOSIT | Business Income (Reversal) | 78 | | | 0 |
| 02/23/2011*9.56*13 | 2/23/2011 | Purchase HARRIS TEETER Charleston SC | Food | 9.56 | | | 0 |
| 02/24/2011*12.00*2 | 2/24/2011 | Wire Transfer Fee | Bank Fee | 12 | | | 0 |
| 02/24/2011*5000.0( | 2/24/2011 | Wire Transfer Credit SDC MEDIA INC | Business Income | | 5000 | | 0 |
| 02/25/2011*101.08' | 2/25/2011 | Purchase U-Haul Moving CHARLESTON^2 SC | Business Expense | 101.08 | | | 0 |
| 02/25/2011*274.34' | 2/25/2011 | Purchase PEPBOYS STORE CHARLESTON SC | Vehicle - Maintainance | 274.34 | | | 0 |
| 02/28/2011*50.11*1 | 2/28/2011 | Check Card 02/25/11 BP 610 SPRING ATLANTA GA | Business Expense | 50.11 | | | 0 |
| 02/28/2011*35.47*1 | 2/28/2011 | Check Card 02/25/11 EXXONMOBIL LEXINGTON SC | Business Expense | 35.47 | | | 0 |
| 02/28/2011*75.00*1 | 2/28/2011 | Check Card 02/25/11 HESS 40226 N.CHARLESTON SC | Business Expense | 75 | | | 0 |
| 02/28/2011*0.99*13 | 2/28/2011 | Check Card 02/27/11 APL*ITUNES 866-712-7753 CA | Business Expense | 0.99 | | | 0 |
| 02/28/2011*900.00' | 2/28/2011 | Check Card 02/27/11 SHAKER GROUP 518-786-9286 NY | Business Expense | 900 | | | 0 |
| 02/28/2011*900.00' | 2/28/2011 | Check Card 02/27/11 SHAKER GROUP 518-786-9286 NY | Business Expense | 900 | | | 0 |
| 02/28/2011*18.33*1 | 2/28/2011 | Check Card 02/27/11 TACO BELL # 23 THOMSON GA | Business Expense | 18.33 | | | 0 |
| 02/28/2011*5.11*13 | 2/28/2011 | Purchase RACEWAY6726 THOMPSON GA | Business Expense | 5.11 | | | 0 |
| 02/28/2011*0.03*52 | 2/28/2011 | Interest Paid | Interest Income | | 0.03 | | 0 |
| 02/28/2011*2100.0( | 2/28/2011 | WEB Transfer Withdrawal 50040953-D | Transfer | 2100 | | | 0 |

Account Name: CHECKING CHOICE  
Account Number: 50040953  
Date Range: 02/01/2011 - 02/28/2011

Business Income 916 Starting Balance 2563.74  
Business Expenses 2867.87 Ending Balance 2578.87

| Transaction Num | Date | Description | Memo | Amount Debit | Amount Credit | Check Number | Fees |
|---|---|---|---|---|---|---|---|
| 02/01/2011*9.9! | 2/1/2011 | Check Card 01/31/11 DROPBOX 888-446-8396 CA | Business Expense | 9.99 | | | 0 |
| 02/01/2011*49C | 2/1/2011 | Deposit Cash | Business Income | | 490 | | 0 |
| 02/03/2011*32.( | 2/3/2011 | OVERDRAFT ITEM FEE | Bank Fee | 32 | | | 0 |
| 02/03/2011*13.! | 2/3/2011 | Check Card 02/02/11 YAHOO *DOYOUK 800-318-0870 CA | Business Expense | 13.94 | | | 0 |
| 02/03/2011*24C | 2/3/2011 | CHECK NUMBER | Business Expense (Prop Fabrication) | 2400 | | 10621 | 0 |
| 02/07/2011*32.( | 2/7/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 02/08/2011*32.( | 2/8/2011 | OVERDRAFT ITEM FEE | Bank Fee | 32 | | | 0 |
| 02/08/2011*32.( | 2/8/2011 | RETURNED ITEM FEE | Bank Fee | 32 | | | 0 |
| 02/08/2011*32.( | 2/8/2011 | REVERSE RETURNED ITEM FEE | Bank Fee | | 32 | | 0 |
| 02/08/2011*13.! | 2/8/2011 | Check Card 02/08/11 YAHOO *ENVIRO 800-318-0870 CA | Business Expense | 13.94 | | | 0 |
| 02/18/2011*2.0( | 2/18/2011 | ATM Foreign Trans Fee | Bank Fee | 2 | | | 0 |
| 02/28/2011*35.( | 2/28/2011 | OVERDRAFT/RETURNED ITEM FEE | Bank Fee | 35 | | | 0 |
| 02/28/2011*43C | 2/28/2011 | CHECK NUMBER | Business Expense | 430 | | 10637 | 0 |
| 02/28/2011*40C | 2/28/2011 | Deposit Cash | Business Income | | 400 | | 0 |
| 02/28/2011*26.( | 2/28/2011 | Deposit Check | Business Income | | 26 | | 0 |
| 02/28/2011*21C | 2/28/2011 | WEB Transfer Credit 105178166-D | Transfer | | 2100 | | 0 |

| | | | | |
|---|---|---|---|---|
| Account Name: Debtor in Posession | | Business Income | 0 Starting Balance | 59.77 |
| Account Number: 810547003 | | Business Expenses | 0 Ending Balance | 59.77 |
| Date Range: 2/1/2011 - 2/28/2011 | | | | |

| Transaction Number | Date | Description | Memo | Amount Debit | Amount Credit | Check Number | Fees |
|---|---|---|---|---|---|---|---|
| | | *** No Transactions This Month *** | | | | | |



**CAROLINA FIRST**
Carolina First Bank is a trade name of TD Bank, N.A.

8105474003  15 T

GEORGE FISETTE
DEBTOR IN POSSESSION
CASE # 10-05566
517 KING STREET APT 11
CHARLESTON SC 29401

Account Number
8105474003

Page 1 of 1
No enclosures

January 12, 2011 - February 15, 2011

### Easy Checking Summary      8105474003

| Previous Balance | + | Deposits Credits | - | Checks Debits | - | Service Charges | + | Interest Credits | | New Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 59.77 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 59.77 |

34 Days in Statement Period

### Overdraft and Returned Item Fees Summary

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Returned Item Fees | $0.00 | $0.00 |
| Total Overdraft Item Fees | $0.00 | $0.00 |
| Total Weekly Overdraft Fees | $0.00 | $0.00 |

### Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 01-12 Beginning - Ending Balance | 59.77 | | |

1FED-002-006732-001-001-110301 006732 K05
29403621543

006732

**First Federal**
P.O. Box 118068 • Charleston, SC 29423

Temp-Return Service Requested

IFED

006732 0.6200 AV 0.335
TR00024
GEORGE W FISETTE
43 MARY ST
CHARLESTON SC 29403-6215

| ACCOUNT STATEMENT |
|---|
| MOOLAH CHECKING |
| Account Number 0105178166 |
| Page 1 |

Statement Period: Feb 1 thru Feb 28 2011

| Beginning Balance | Additions | No. | Subtractions | No. | Ending Balance |
|---|---|---|---|---|---|
| 147.23 | 10,326.04 | 11 | 9,804.15 | 38 | 669.12 |

Overdraft / Returned Item (NSF) Fee - $35.00
Continuous Negative Balance Fee - $5.00 for every 7 calendar days that the account has a negative balance in excess of $40. (Up to a maximum of $25 charged per occurrence)

International Transaction Fee* - 2.00% (Effective 3/15/11)

*The International Transaction Fee is a 2% charge assessed on the dollar amount of ATM/debit card transactions completed outside of the United States. Military personnel will receive a rebate of 1% of the fee amount; Premier Relationship Group clients will receive a rebate of .50% of the fee amount.

NOTICE OF CHANGES IN TEMPORARY FDIC INSURANCE COVERAGE FOR TRANSACTION ACCOUNTS

All funds in a "noninterest-bearing transaction account" are insured in full by the Federal Deposit Insurance Corporation from December 31, 2010, through December 31, 2012. This temporary unlimited coverage is in addition to, and separate from, the coverage of at least $250,000 available to depositors under the FDIC's general deposit insurance rules.

The term "noninterest-bearing transaction account" includes a traditional checking account or demand deposit account on which the insured depository institution pays no interest. It does not include other accounts, such as traditional checking or demand deposit accounts that may earn interest, NOW accounts, money-market deposit accounts, and Interest on Lawyers Trust Accounts ("IOLTAs").

For more information about temporary FDIC insurance coverage of transaction accounts, visit www.fdic.gov <http://www.fdic.gov/index.html>.

Beginning February 15, 2011, all First Federal Checking and Money Market accounts will receive the following changes to their account structure:

TRANSACTION ACTIVITY

| | | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Feb 1 | Beginning Balance | | | 147.23 |
| Feb 1 | ACH DEPOSIT PE PRODUCT GOOGLE DEPOSIT | 96.90 | | 244.13 |
| Feb 1 | Check Card 01/31/11 ODESK***BAL-31 650-8534100 CA | | 132.96 | 111.17 |
| Feb 2 | ACH DEPOSIT PE PRODUCT GOOGLE DEPOSIT | 213.30 | | 324.47 |
| Feb 2 | Check Card 02/01/11 HUNTZMODELS PORTLAND OR | | 15.95 | 308.52 |
| Feb 2 | Check Card 02/02/11 VOICECONNECTIN 678-303-2750 GA | | 43.40 | 265.12 |
| Feb 3 | Check Card 02/01/11 FRIENDFINDER 610-7571929 CA | | 29.95 | 235.17 |
| Feb 3 | Utl Bill Pay Foreign 2211 North Fir San Jose CA | | 10.00 | 225.17 |
| Feb 4 | Utl Bill Pay Foreign 2211 North Fir San Jose CA | | 75.00 | 150.17 |
| Feb 4 | Check Card 02/04/11 FACEBOOK.COM*A 650-543-7818 CA | | 30.00 | 120.17 |
| Feb 7 | Purchase RITE AID CORP. CHARLESTON SC | | 30.50 | 89.67 |

TELEBANKER 843-529-9100 OR 800-274-2274

NO INS

First Federal

MOOLAH CHECKING
Account Number
010517B166

Page 2

GEORGE W FISETTE
43 MARY ST
CHARLESTON SC 29403-6215

| TRANSACTION ACTIVITY | Deposits | Withdrawals | Balance |
|---|---|---|---|
| Feb 8 ACH DEPOSIT                PE PRODUCT GOOGLE DEPOSIT | 287.57 | | 377.24 |
| Feb 8 Deposit Check | 83.98 | | 461.22 |
| Feb 8 Check Card 02/07/11 BACKPAGE.COM  866-4566877  AZ | | 4.00 | 457.22 |
| Feb 8 Check Card 02/07/11 BACKPAGE.COM  866-4566877  AZ | | 5.00 | 452.22 |
| Feb 8 Check Card 02/07/11 BACKPAGE.COM  866-4566877  AZ | | 6.00 | 446.22 |
| Feb 8 Check Card 02/07/11 BACKPAGE.COM  866-4566877  AZ | | 22.22 | 424.00 |
| Feb 8 Check Card 02/07/11 BACKPAGE.COM  866-4566877  AZ | | 28.93 | 395.07 |
| Feb 8 Utl Bill Pay Foreign 2211 North Fir San Jose  CA | | 79.00 | 316.07 |
| Feb 9 Purchase USPS 4514B8024 CHARLESTON SC | | 56.18 | 259.89 |
| Feb 10 ACH DEPOSIT        PE PRODUCT GOOGLE DEPOSIT | 270.38 | | 530.27 |
| Feb 10 Check Card 02/09/11 MSCN-FRND  800-776-5173  OR | | 139.99 | 390.28 |
| Feb 10 Utl Bill Pay Foreign 2211 North Fir San Jose  CA | | 298.00 | 92.28 |
| Feb 11 ACH DEPOSIT        PE PRODUCT GOOGLE DEPOSIT | 125.63 | | 217.91 |
| Feb 14 ACH DEPOSIT        PE PRODUCT GOOGLE DEPOSIT | 48.25 | | 266.16 |
| Feb 14 Purchase RITE AID CORP. CHARLESTON SC | | 8.18 | 257.98 |
| Feb 15 Check Card 02/14/11 GENTS CHARLESTON SC | | 40.00 | 217.98 |
| Feb 15 Utl Bill Pay Foreign 2211 North Fir San Jose  CA | | 125.00 | 92.98 |
| Feb 22 ATM W/D 8 CHARLOTTE ST CHARLESTON SC | | 20.00 | 72.98 |
| Feb 23 Deposit Cash | 4,000.00 | | 4,072.98 |
| Feb 23 Transfer Deposit | 200.00 | | 4,272.98 |
| Feb 23 Wire Transfer Fee | | 17.00 | 4,255.98 |
| Feb 23 Check Card 02/21/11 DRUM BUM   804-2731353   VA | | 26.90 | 4,229.08 |
| Feb 23 Purchase HARRIS TEETER Charleston SC | | 9.56 | 4,219.52 |
| Feb 23 Wire Transfer Debit | | 4,000.00 | 219.52 |
| Feb 23 WEB WITHDRAWAL PE PRODUCT GOOGLE DEPOSIT | | 78.00 | 141.52 |
| Feb 24 Wire Transfer Credit | 5,000.00 | | 5,141.52 |
| Feb 24 Wire Transfer Fee | | 12.00 | 5,129.52 |
| Feb 25 Purchase U-Haul Moving CHARLESTON-2 SC | | 101.08 | 5,028.44 |
| Feb 25 Purchase PEPBOYS STORE CHARLESTON SC | | 274.34 | 4,754.10 |
| Feb 28 Check Card 02/27/11 APL*ITUNES  866-712-7753  CA | | .99 | 4,753.11 |
| Feb 28 Check Card 02/27/11 TACO BELL # 23 THOMSON GA | | 18.33 | 4,734.78 |
| Feb 28 Check Card 02/27/11 EXXONMOBIL LEXINGTON SC | | 35.47 | 4,699.31 |
| Feb 28 Check Card 02/25/11 BP 610 SPRING ATLANTA  GA | | 50.11 | 4,649.20 |
| Feb 28 Check Card 02/25/11 HESS 40226 N.CHARLESTON SC | | 75.00 | 4,574.20 |
| Feb 28 Check Card 02/25/11 SHAKER GROUP 518-786-9286 NY | | 900.00 | 3,674.20 |
| Feb 28 Check Card 02/27/11 SHAKER GROUP 518-786-9286 NY | | 900.00 | 2,774.20 |
| Feb 28 Purchase RACEWAY6726 THOMPSON GA | | 5.11 | 2,769.09 |
| Feb 28 WEB Transfer Withdrawal 5004095-D | | 2,100.00 | 669.09 |
| Feb 28 Interest Paid | .03 | | 669.12 |

1FMS 110225-00006-0001

NO BRE

**First Federal**
P.O. Box 118068  Charleston, SC 29423-8068

*Temp-Return Service Requested*

00006 0.3770 WCL0001
GEORGE W FISETTE
43 MARY ST
CHARLESTON, SC 29403-6215

2/24/11

NOTICE OF INCOMING WIRE TRANSFER
FUNDS IN THE AMOUNT OF $5,000.00
HAVE BEEN RECEIVED FOR ACCOUNT 105178166
FROM SDC MEDIA INC
WIRE TRANSFER FEE.........$12.00
FROM BANK: 887293926
FROM BANK ABA: 021000021

FOR MORE INFORMATION, PLEASE CALL THE WIRE
DEPARTMENT AT 843-529-5603 OR CALL TOLL FREE
1-800-768-3248 EXT.5603

1FMS  110224-00012-0001

NO BRE

**First Federal**
P.O. Box 118068  Charleston, SC 29423-8068

*Temp-Return Service Requested*

00012 0.3770 WCL0001
GEORGE W FISETTE
43 MARY ST
CHARLESTON, SC 29403-6215

2/23/11

NOTICE OF OUTGOING WIRE TRANSFER
FUNDS IN THE AMOUNT OF $4,000.00
HAVE BEEN WIRED TO ALFRED MESHCON
WITH ACCOUNT NUMBER 790007020?
FURTHER INFO (IF ANY):
FROM ACCOUNT NUMBER 105178166
WIRE TRANSFER FEE..........$17.00
TO BANK: FIRST NIAGARA
RECEIVING BANK ABA: 222370440

FOR MORE INFORMATION, PLEASE CALL THE WIRE
DEPARTMENT AT 843-529-5603 OR CALL TOLL FREE,
1-800-768-3248 EXT. 5603.