**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

In re:

George Walter Fisette,                                Case No. 10-05566-dd
                                                      Chapter 11

                                   Debtor.

**OBJECTION OF UNITED STATES TRUSTEE TO SECOND DISCLOSURE**
**STATEMENT AND TO CONFIRMATION OF SECOND PLAN**

The United States Trustee (the UST) objects to the debtor's second disclosure statement

filed on March 30, 2011, and to confirmation of the debtor's second plan filed that same date.

This objection is filed pursuant to 28 U.S.C. § 586 and 11 U.S.C. § 307.  The disclosure

statement does not contain "adequate information" as that term is defined at 11 U.S.C. § 1125(a),

and the proposed plan does not comply with 11 U.S.C. § 1129 in the following respects:[1]

1.      Neither the disclosure statement nor the plan contain sufficient financial
        information to show that the debtor can make monthly plan payments of
        $2,517.27.  The debtor's monthly reports filed with the Court do not support the
        debtor's claim of financial good health.  § 1129(a)(11).

2.      The debtor has failed to pay to the UST quarterly fee payments due for the fourth
        quarter of 2010 and for the first quarter of 2011 totaling $1,300.00.
        § 1129(a)(12); § 1112(b)(4)(K).

3.      The debtor has not filed a monthly operating report for March 2011.
        § 1112(b)(4)(F).

4.      The plan proposes to force a creditor, JP Morgan Chase Bank, NA, treated in
        Class 2b, to reamortize the debt owed by the debtor without the creditor's
        consent.  The Court granted the creditor relief from stay on February 10, 2011, as

---

[1]  Further reference to Title 11 U.S.C. § 101, *et seq.* will be by section number only.

to the 2006 Dodge Ram 1500 truck serving as collateral for the bank's loan. § 363(d)(2); § 1129(a)(3).   Without the creditor's consent, the debtor's plan cannot interfere with stay relief previously granted to the creditor.

5.      The disclosure statement does not provide sufficient proof that the debtor has been making monthly payments to JP Morgan Chase Bank, N.A., in 2011 as required by the adequate protection agreement (collateral is real estate) approved by the Court on February 3, 2011.

The UST asks the Court to consider his objection and to deny final approval of the debtor's second disclosure statement and confirmation of the debtor's second plan unless the above-stated objections are cured or properly addressed.

W. CLARKSON MCDOW, JR.
United States Trustee
Region Four


By:   /s/ John T. Stack
John T. Stack
Trial Attorney
Dist. Ct. I.D. No. 4272
1835 Assembly Street, Rm. 953
Columbia, South Carolina  29201
(803) 765-5218
John.T.Stack@usdoj.gov

Date:   4-28-11

## CERTIFICATE OF SERVICE

I, John T. Stack, do hereby certify that on April 28, 2011, I served the below-named documents upon the parties listed below by First-Class United States Mail, postage prepaid, with return address clearly shown, as designated below.

OBJECTION TO DISCLOSURE STATEMENT AND OBJECTION TO
        CONFIRMATION OF PLAN (second versions)
CERTIFICATE OF SERVICE

D. Nathan Davis, Esquire
711-A St. Andrews Blvd.
Charleston, SC 29407

George Walter Fisette
517 King Street # 11
Charleston, SC 29403

                      /s/ John T. Stack
                   John T. Stack
                   Trial Attorney
                   Department of Justice
                   Office of the United States Trustee
                   Dist. Ct. I. D. No. 4272
                   1835 Assembly Street, Ste. 953
                   Columbia, SC 29201
                   (803) 765-5218
                   john.t.stack@usdoj.gov

Date:   4-28-11