# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: 10-05566

---

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

---

FILED BY THE COURT ON

May 10, 2011



**FILED**
at ___ O'clock & ___ min ___ M

MAY 1 0 2011

United States Bankruptcy Court
Columbia, South Carolina (20)

David R. Duncan, Judge
US Bankruptcy Court
District of South Carolina

**ENTERED**

MAY 1 0 2011

**B. R. M.**

**FILED**
at____O'clock &____min.____M
MAY 1 0 2011
United States Bankruptcy Court
Columbia, South Carolina (38)

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: ) | Case No. 10-05566-dd |
| George Walter Fisette, ) | |
| Debtor. ) | Chapter 11 |

### ORDER ON OBJECTION TO CONFIRMATION OF PLAN

The Debtor acknowledged at the confirmation hearing that JP Morgan Chase Bank, NA (CHASE) has relief from stay in this case as to the 2006 Dodge Ram 1500 truck which serves as CHASE's collateral. The Debtor also acknowledged that CHASE may exercise its state court rights against CHASE's collateral.

Based upon the foregoing acknowledgements, CHASE's objection to the Debtor's Second Plan is sustained.

WE CONSENT:

_/s/_____    May 10, 2011

Attorney for Debtor

_/s/_____    May 10, 2011

Attorney for CHASE