## U.S. BANKRUPTCY COURT
### District of South Carolina

Case Number: **10-05566-dd**

### ORDER TO APPEAR AND SHOW CAUSE

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**05/16/2011**



Entered: 05/17/2011

David R. Duncan
US Bankruptcy Judge
District of South Carolina

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

IN RE:

George Walter Fisette,

Debtor.

C/A No. 10-05566-DD

Chapter 11

**ORDER TO APPEAR AND SHOW CAUSE**

To: George Walter Fisette ("Debtor"):

It appears to the Court that your chapter 11 case has been pending since November 4, 2010. It further appears that you have twice proposed a chapter 11 plan which could not be confirmed. Confirmation of the first plan, filed on February 1, 2011, was denied on March 16, 2011. Confirmation of the second plan, filed on March 30, 2011, was denied on May 12, 2011.

THEREFORE, YOU ARE ORDERED to appear before the Court, at the date, time and place set forth below to show cause why your case should not be converted or dismissed for failure to file a confirmable plan.

Date:   June 21, 2011

Time:   10:30 a.m.

Place:  King and Queen Building, 145 King Street, Room 225, Charleston, South Carolina.

AND IT IS SO ORDERED.