# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No. 10-05566-DD |
| George Walter Fisette, | Chapter 11 |
| Debtor. | ORDER ON RULE TO SHOW CAUSE |

This matter is before the Court on an Order to Appear and Show Cause entered by the Court on May 16, 2011. A hearing was held on June 21, 2011. Debtor has twice proposed a chapter 11 plan, and confirmation of both of those plans was denied. It additionally appears that continuation or conversion of Debtor's case would provide no benefit to Debtor, creditors, or the estate. As a result, it is ORDERED that Debtor's chapter 11 case is dismissed.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**06/27/2011**



David R. Duncan
US Bankruptcy Judge
District of South Carolina

Entered: 06/28/2011