# Record of Returned Mail

**Case # 10-05566**

Processed 08/08/2011 through 08/14/2011

| Type of Notice | Filed Date of Notice | Address on Returned Mail | Date Returned Mail Processed |
|---|---|---|---|
| Order on Rule to Show Cause | 06/27/2011 | **(D) SCE&G<br>PO Box 10255<br>Columbia, SC  29202-3255 | 08/08/2011 |

**(D) - Pursuant to Operating Order 08-05, since the United States Postal Service has not provided a corrected address, this party will be removed from the Court's mailing matrix or has been previously deleted upon appropriate request.